IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **BROTHER CONVENIENCE STORE, INC., HERSHAM A. GHALEB AND MAHED A. GHALEB**<br><br>**PLAINTIFFS**<br><br>V.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; C/O SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture<br><br>**DEFENDANT** | Civil Case No.: 1:20-cv-01346 |

## LOCAL RULE 103.3 DISCLOSURES

NOW COMES, Brother Convenience Store, Inc., ("BCSI"), by undersigned counsel, and pursuant to Local Rule 103.3, hereby submits the following Local Rule 103.3 Disclosure of Affiliations and Financial Interests:

A. **Corporation Affiliation:** The Plaintiff is not affiliated with any other corporation.
B. **Financial Interest in the Outcome of the Litigation:** No other entities have a financial interest in the outcome of this litigation.

These representations are made in order that judges of the Court may determine the need for recusal pursuant to Local Rule 103.3.

                                                   Respectfully Submitted,

                                                   /s/ Jessie Lyons Crawford
                                                   _____
                                                 **JESSIE LYONS CRAWFORD, Esq.**
                                                 **COUNSEL FOR PLAINTIFF**
                                                 Federal Bar No.: 25247
                                                 THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
                                                 2601 Maryland Avenue

Baltimore, Maryland 21218
410-662-1230  F: 410-662-1238
E. attorneyjlcrawford@verizon.net