**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

BROTHER CONVENIENCE STORE, INC., *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

    Defendant.

Case No. 1:20-cv-01346-GLR

### MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The United States Department of Agriculture (the "Defendant" or the "Agency"), by its counsel, Robert K. Hur, United States Attorney for the District of Maryland, and Alan C. Lazerow, Assistant United States Attorney for that district, submits this *Motion for Extension of Time to Respond to Complaint*.

1. On May 29, 2020, Brother Convenience Store, Inc., Hesham A. Ghaleb, and Maged A. Ghaleb (together, the "Plaintiffs") filed the *Complaint and Request for Judicial Review*, *see* ECF No. 1 (the "Complaint"), commencing the above-captioned case. By the Complaint, the Plaintiffs seek judicial review of the Defendant's decision to permanently disqualify Plaintiff from participating in the Supplemental Nutrition Assistance Program.

2. Defendant was served on June 15, 2020. Accordingly, the current deadline to respond to the Complaint is August 14, 2020.

3. Upon receipt of the Complaint, counsel for Defendant sent a litigation letter to the Agency. Before undersigned counsel can analyze the case with the Agency, counsel needs to obtain a copy of the underlying administrative record. The Agency's Office of General Counsel

advises that, because of a combination of a backlog of requests for administrative records and the COVID-19 pandemic, it will likely be mid-September before undersigned counsel receives a copy of the administrative record. As a request, Defendant requires additional time, through October 15, 2020, to respond to the Complaint.

4. On August 4, 2020, undersigned counsel emailed Plaintiffs' counsel, outlining the above, and asking whether Plaintiffs would consent to the requested extension. As of the time of this filing, Plaintiffs' counsel has not responded indicating whether Plaintiffs consent.

WHEREFORE, Defendant respectfully requests that the Court extend the time through and including June 25, 2018 to file a response to the Complaint.

> Respectfully submitted,
>
> Robert K. Hur
> United States Attorney
>
> By: _____/s/_____
> Alan C. Lazerow (Bar No. 29756)
> Assistant United States Attorney
> 36 S. Charles St., 4th Floor
> Baltimore, Maryland 21201
> (410) 209-4800
> Alan.Lazerow@usdoj.gov