**Exhibit A**
**(Declaration)**

<u>DECLARATION OF COMPLETENESS OF RECORD
OF PROCEEDINGS BEFORE
ADMINISTRATIVE REVIEW OFFICER</u>

RE:   Brothers Convenience Store
       Baltimore, MD

The undersigned hereby declares:

1. That as Chief of the Administrative Review Branch of the Retailer Policy and Management Division, she is the duly designated supervisor of Robert Deegan, the Administrative Review Officer who made the Final Agency Determination complained of in this action;

2. That in her position, the undersigned is the designated custodian of records in this matter;

3. That the undersigned has examined the administrative appeal record of Brothers Convenience Store, Baltimore, MD, attached hereto as pages A.R. 1 through A.R. 417, and that the attached is a true and correct copy of the said administrative appeal record, and of the record considered by Robert Deegan in sustaining the decision of Denise Thomas, Section Chief, Retailer Operations and Compliance Branch, to disqualify Brothers Convenience Store, from participation in the Supplemental Nutrition Assistance Program permanently; as elaborated in her determination dated February 25, 2020. The SSN's, EIN's and DOB's were redacted to comply with the E-Government Act.

4. I declare under penalty of perjury that the foregoing is true and correct.

*[Signature: Shanta Swezy]*

_____
Shanta Swezy, Chief
Administrative Review Branch
Retailer Policy and Management Division

Certified on this 11th day of September 2020