**<u>Exhibit B, Part 1</u>**
**(Administrative Appeal Record)**



## 252 Information

Compliance Summary (/stars/starsng/index.html#/fspentity/compliancesummary/1112578/0429195)

[ ◀ Retailer Application ⬍ ]   [ ◀ Retailer Status ⬍ ]   [ ◀ Retailer Information ⬍ ]

**FNS Number:** 0429195

**Brothers Convenience Store**
**Chain Store Number :** NONE
**Open Case : C0222981**
**Watch List Status :** Open **(ALERT)**
**Location Address :** 3358 Greenmount Ave, Baltimore, Maryland 21218
**Status :** ■ Permanently Disqualified - SNAP Program Violation - 02/26/2020
**Risk Level :** High (/stars/starsng/index.html#/fspentity/riskprofile/1112578/0429195)
**Store Criteria - Type :** A - Convenience Store
**Corporation Name - Number :** NONE - NONE
**Centralization Plan Number :** NONE

◀ RFS Menu ⬍

[ Update 252 ]

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|
| () | () | () | () |

Financial/Equipment
()

∧

**A.R. 1**

| | |
|---|---|
| **Submitted via Online Store Application :** Yes (252E Form) () | **Submitted via Corporation Supplemental Application :** No |

**Date Application Received** : 11/07/2013

1. **Store Opened for Business :** 07/20/2013

2. **Store Name :** Brothers Convenience Store

3. **Legal Business Name (if different from store name) :** Brother Convenience Store, Inc.

4. **Chain Store Number :** NONE

5. **Store Location Address**
3358 Greenmount Ave
Baltimore, Maryland 21218-2840
County: BALTIMORE CITY
United States of America

**Validation Result :** Validated
**Date Validated :** 07/29/2013
**Validated By :** OSA User (Unknown)

**Date Screened :** 10/31/2013
**Screened By :** Sibongile Lynch
(Retailer Operations Division)

6. **Store Mailing Address**
3358 Greenmount Ave
Baltimore, Maryland 21218-2840
County: BALTIMORE CITY
United States of America

**Validation Result :** Validated
**Date Validated :** 07/29/2013
**Validated By :** OSA User (Unknown)

7. **Store Phone Number :** (667) 205-1042

8. **Alternate Store Phone Number :** ▮▮▮ ▮▮▮▮▮

9. **Store/Owner E-mail Address :** ▮▮▮▮▮▮▮▮▮

▼ Comments

**11/21/2019 Entered by:** Soncia Shako (BRSB)
IAB has requested a terminal verification from 04/01/2019 through 09/30/2019. There was 1 terminal used: Terminal ID #17667001 was used from 04/01/2019 through 09/30/2019 with the State Admin listing the store name as BROTHER CONVENIENCE STORE with the store address as 3358 Greenmount Ave, Baltimore, MD. Information submitted to IAB.

**04/26/2019 Entered by:** database_maintenance
During Release [R20.5.0.0] a new question was added to the application asking the retailer if they sell Gasoline.  For all existing applications, the answer was defaulted to Yes or No based on

**A.R. 2**

prior sales data provided for Gasoline. If the application didn't have any clear indication on Gasoline sales, it was left as 'Select One'.

**04/26/2019 Entered by:** database_maintenance
During Release [R20.5.0.0] a new question was added to the application asking the retailer if they had any comments for FNS.?For all existing applications, the answer was defaulted to 'Yes' if there was text displayed in the comments box; otherwise it was defaulted to 'No'.

**04/26/2019 Entered by:** database_maintenance
Obsolete Application Question and Answer Removed: Did the store/market have or apply for a restaurant license? - No. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance
The retailer reported sales in the following category(s) for 252-E form: Actual Sales ( $440,000.00 ) tax year 2017: Tobacco $88,000.00,Alcohol $0.00,Lottery $0.00,Gasoline $0.00,Hot Foods $12,000.00,Other Nonfood Items $44,000.00,Cold Foods Prepared on Site $66,000.00,Accessory Foods $110,000.00,Staple Foods $120,000.00. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance
As part of the data conversion, all sales amounts other than Total Retail Sales have been converted from dollars to percentages of Total Retail Sales. Release: 20.5.0.0. Date: 04/26/2019

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
H-ZIP. Meets A. CS no gas. No other owners on AOI. ST and name searches return no neg actions on location or owners. All other items from SC list met. However, RFS has no B/L or DL/SS since it is old.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Store Criteria changed from A to Q based on data provided in ORA.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Old Sales data in STARS:
Tax Year: 2014; Estimated Sales Amount: $700,000.00;
Staple Food Amount: $420,000.00;
Accessory Food Amount: $105,000.00;
Staple Food Categories: Bread/Cereal, Dairy, Fruits/Vegetables, Meats/Poultry/Fish;
Hot/Non Food Categories: Tobacco Products, Hot Food, Other;

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Meets A

**10/26/2018 Entered by:** ORA User (Unknown)

**A.R. 3**

███████████ (Other Authorized Representative) (Phone number ███████) submitted
Online Reauthorization Application on 10/26/2018

**10/26/2018 Entered by:** ORA User (Unknown)
Store Alternative Phone Number changed from ███████

**10/26/2018 Entered by:** ORA User (Unknown)
Twenty Four Hr flag changed from true

**10/26/2018 Entered by:** ORA User (Unknown)
Equipment Provider changed from Name: NONE; Phone: NONE; Address: NONE

**01/31/2017 Entered by:** database_maintenance
Store notified 01/19/17 via Send Word Now, of the decision to comply with court order (issued
11/30/16 by the U.S. District Court of South Dakota) to disclose store's annual redemption data.

**08/27/2014 Entered by:** Kenneth Constable (Retailer Operations Division)
Miscoded as MG. Updated % of Staple Food Sales from 85% to 60% changing store type.

**11/07/2013 Entered by:** Sibongile Lynch (Retailer Operations Division)
Spoke with owner to verify info included in HR docs re: articles of incorporation, which show a
third person, ███████ as being the incorporator, and the owner, Hesham Ghaleb,
only as a "registered agent". He insist that ████ is not an owner and will contact me to either add
her to the record in STARS or remove her from the incorporation documents.

**10/16/2013 Entered by:** database_maintenance
System auto changed store/meal service application status to Application - Applicant Withdrew on
10/16/2013 for non-response to information requested.

**09/06/2013 Entered by:** Marta Figueroa (SNAP Retailer Service Center)
Doc Send:Personal Tax 2012

Update 252

STARS (/stars/starsng/index.html#/dashboard/init)

USDA.gov (http://www.usda.gov/wps/portal/usdahome)

FNS Home (http://www.fns.usda.gov/fns/)

SFUG (/stars/FNS-STARSII-P1-04-SFUG-031.PDF)       FOIA (https://www.dm.usda.gov/foia/)   ∧

**A.R. 4**

## 252 Information

Compliance Summary (/stars/starsng/index.html#/fspentity/compliancesummary/1112578/0429195)

| ◢ Retailer Application ⬍ | ◢ Retailer Status ⬍ | ◢ Retailer Information ⬍ |

**FNS Number:** 0429195

**Brothers Convenience Store**
**Chain Store Number :** NONE
**Open Case :** C0222981
**Watch List Status :** Open **(ALERT)**
**Location Address :** 3358 Greenmount Ave, Baltimore, Maryland 21218
**Status :** ■ Permanently Disqualified - SNAP Program Violation - 02/26/2020
**Risk Level :** High (/stars/starsng/index.html#/fspentity/riskprofile/1112578/0429195)
**Store Criteria - Type :** A - Convenience Store
**Corporation Name - Number :** NONE - NONE
**Centralization Plan Number :** NONE

◢ RFS Menu ⬍

Update 252

| Store Information | Ownership | Eligibility | Signature/Documents |
| () | () | () | () |

Financial/Equipment
()

**A.R. 5**

11.     **Type of Ownership :** Partnership

11a.    **Is your firm legally organized as a nonprofit entity?** NONE

12.     **Corporation Information**
        NONE

13.     **If you have an Employer Identification Number (EIN), enter it here :** ▮▮▮▮▮▮

14a.    **Person Information** ❷

        **Name :** Hesham A Ghaleb                          **Date of Birth :** ▮▮▮▮▮▮
        **SSN** ▮▮▮▮▮▮▮                                     **E-mail Address :** NONE
        **SSN Verification Code :** Never
        verified with SSA

        **Role :** Owner                                    **Date screened :** 10/31/2013
        **Title :** Partner                                 **Screened by :** Sibongile Lynch (Retailer
        **Date of Association :** 07/29/2013                Operations Division)

        **Address :**

        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        United States of America

        **Validation Result :**  Validated
        **Date Validated :**  07/29/2013
        **Validated By :**  OSA User (Unknown)

14b.    **Person Information** ❷

        **Name :** Maged A Ghaleb                           **Date of Birth :** ▮▮▮▮▮
        **SSN :** ▮▮▮▮▮                                     **E-mail Address :** NONE
        **SSN Verification Code :** Never
        verified with SSA

        **Role :** Owner                                    **Date screened :** 10/31/2013
        **Title :** Partner                                 **Screened by :** Sibongile Lynch (Retailer
        **Date of Association :** 07/29/2013                Operations Division)

        **Address :**

        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        United States of America

**A.R. 6**

**Validation Result :** Validated

**Date Validated :** 07/29/2013

**Validated By :** OSA User (Unknown)

15a.   Has any officer, owner, partner, member and/or manager ever been denied, withdrawn, disqualified, suspended, or been fined for Supplemental Nutrition Assistance Program (SNAP), WIC, business, alcohol, tobacco, lottery, and/or health violations? No

15c.   Has any officer, owner, partner, member and/or manager currently or ever been suspended or debarred from conducting business with or participating in any program administered by the Federal Government? No

15e.   Is any officer, owner, partner, and/or member currently receiving assistance through the Supplemental Nutrition Assistance Program? No

15h.   Has any officer, owner, partner and/or member ever been disqualified from receiving assistance through the Supplemental Nutrition Assistance Program for an intentional program violation (IPV) or fraud? No

15j.   Does any officer, owner, partner, and/or member currently own any other SNAP authorized stores (such as Store, Farmers' Market, etc.)? No

16.   Was any officer, owner, partner, member, and/or manager convicted of any crime after June 1, 1999? No

**Violations or Criminal Convictions on File?** NONE

▼ Comments

**11/21/2019 Entered by:** Soncia Shako (BRSB)

IAB has requested a terminal verification from 04/01/2019 through 09/30/2019. There was 1 terminal used: Terminal ID #17667001 was used from 04/01/2019 through 09/30/2019 with the State Admin listing the store name as BROTHER CONVENIENCE STORE with the store address as 3358 Greenmount Ave, Baltimore, MD. Information submitted to IAB.

**04/26/2019 Entered by:** database_maintenance

During Release [R20.5.0.0] a new question was added to the application asking the retailer if they sell Gasoline.  For all existing applications, the answer was defaulted to Yes or No based on prior sales data provided for Gasoline. If the application didn't have any clear indication on Gasoline sales, it was left as 'Select One'.

**04/26/2019 Entered by:** database_maintenance

**A.R. 7**

During Release [R20.5.0.0] a new question was added to the application asking the retailer if they had any comments for FNS.?For all existing applications, the answer was defaulted to 'Yes' if there was text displayed in the comments box; otherwise it was defaulted to 'No'.

**04/26/2019 Entered by:** database_maintenance
Obsolete Application Question and Answer Removed: Did the store/market have or apply for a restaurant license? - No. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance
The retailer reported sales in the following category(s) for 252-E form: Actual Sales ( $440,000.00 ) tax year 2017: Tobacco $88,000.00,Alcohol $0.00,Lottery $0.00,Gasoline $0.00,Hot Foods $12,000.00,Other Nonfood Items $44,000.00,Cold Foods Prepared on Site $66,000.00,Accessory Foods $110,000.00,Staple Foods $120,000.00. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance
As part of the data conversion, all sales amounts other than Total Retail Sales have been converted from dollars to percentages of Total Retail Sales. Release: 20.5.0.0. Date: 04/26/2019

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
H-ZIP. Meets A. CS no gas. No other owners on AOI. ST and name searches return no neg actions on location or owners. All other items from SC list met. However, RFS has no B/L or DL/SS since it is old.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Store Criteria changed from A to Q based on data provided in ORA.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Old Sales data in STARS:
Tax Year: 2014; Estimated Sales Amount: $700,000.00;
Staple Food Amount: $420,000.00;
Accessory Food Amount: $105,000.00;
Staple Food Categories: Bread/Cereal, Dairy, Fruits/Vegetables, Meats/Poultry/Fish;
Hot/Non Food Categories: Tobacco Products, Hot Food, Other;

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Meets A

**10/26/2018 Entered by:** ORA User (Unknown)
███████████ (Other Authorized Representative) (Phone number - ███████ submitted Online Reauthorization Application on 10/26/2018

**10/26/2018 Entered by:** ORA User (Unknown)

**A.R. 8**

Store Alternative Phone Number changed from ███████████

**10/26/2018 Entered by:** ORA User (Unknown)
Twenty Four Hr flag changed from true

**10/26/2018 Entered by:** ORA User (Unknown)
Equipment Provider changed from Name: NONE; Phone: NONE; Address: NONE

**01/31/2017 Entered by:** database_maintenance
Store notified 01/19/17 via Send Word Now, of the decision to comply with court order (issued
11/30/16 by the U.S. District Court of South Dakota) to disclose store's annual redemption data.

**08/27/2014 Entered by:** Kenneth Constable (Retailer Operations Division)
Miscoded as MG. Updated % of Staple Food Sales from 85% to 60% changing store type.

**11/07/2013 Entered by:** Sibongile Lynch (Retailer Operations Division)
Spoke with owner to verify info included in HR docs re: articles of incorporation, which show a
third person, ████████ ████, as being the incorporator, and the owner, Hesham Ghaleb,
only as a "registered agent". He insist that ████ is not an owner and will contact me to either add
her to the record in STARS or remove her from the incorporation documents.

**10/16/2013 Entered by:** database_maintenance
System auto changed store/meal service application status to Application - Applicant Withdrew on
10/16/2013 for non-response to information requested.

**09/06/2013 Entered by:** Marta Figueroa (SNAP Retailer Service Center)
Doc Send:Personal Tax 2012

Update 252

STARS (/stars/starsng/index.html#/dashboard/init)

USDA.gov (http://www.usda.gov/wps/portal/usdahome)

FNS Home (http://www.fns.usda.gov/fns/)

SFUG (/stars/FNS-STARSII-P1-04-SFUG-031.PDF)     FOIA (https://www.dm.usda.gov/foia/)

Accessibility Statement (https://www.usda.gov/accessibility-statement)

**A.R. 9**

## 252 Information

Compliance Summary (/stars/starsng/index.html#/fspentity/compliancesummary/1112578/0429195)

| ✈ Retailer Application ⇕ | ✈ Retailer Status ⇕ | ✈ Retailer Information ⇕ |
|---|---|---|

**FNS Number:** 0429195

**Brothers Convenience Store**
**Chain Store Number :** NONE
**Open Case :** C0222981
**Watch List Status :** Open **(ALERT)**
**Location Address :** 3358 Greenmount Ave, Baltimore, Maryland 21218
**Status :** ■ Permanently Disqualified - SNAP Program Violation - 02/26/2020
**Risk Level :** High (/stars/starsng/index.html#/fspentity/riskprofile/1112578/0429195)
**Store Criteria - Type :** A - Convenience Store
**Corporation Name - Number :** NONE - NONE
**Centralization Plan Number :** NONE

✈ RFS Menu ⇕

Update 252

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|
| () | () | () | () |

Financial/Equipment

()

**A.R. 10**

17. Do you sell products wholesale to other businesses such as hospitals or restaurants? No

17a. Do your retail food sales meet or exceed $250,000 or 50% of your total gross sales? NONE

18. Do you sell gasoline? No

19. Answer 19 a, b, c, and d regarding staple food varieties that you have currently and on a continuous basis in your store. Enter the number of varieties for each staple food category if less than 10. Select "10+" if the number of varieties for each staple food category is equal to or greater than 10.

19a. Indicate the number of varieties in the Breads and/or Cereals staple food category (Examples: rice, pasta, flour, pita, tortilla, etc.) that you have currently and on a continuous basis in your store:     10+

19b. Indicate the number of varieties in the Dairy products staple food category (Examples: soymilk, butter, yogurt, infant formula, etc.) that you have currently and on a continuous basis in your store:     10+

19c. Indicate the number of varieties in the Meat, Poultry, and/or Fish staple food category (Examples: beef, pork, eggs, tuna, etc.) that you have currently and on a continuous basis in your store:     8

19d. Indicate the number of varieties in the Vegetables and/or Fruits staple food category (Examples: apple, tomato, peach, carrot, etc.) that you have currently and on a continuous basis in your store:     8

20. Answer the following questions regarding stocking units of staple food varieties that you have currently and on a continuous basis in your store.

20a. Do you have at least three stocking units of each variety in the Breads and/or Cereals category (Examples: 3 bags of rice, 3 boxes of pasta, etc.)?     ☑

20b. Do you have at least three stocking units of each variety in the Dairy products category (Examples: 3 cartons of soymilk, 3 cans of infant formula, etc.)?     ☑

20c. Do you have at least three stocking units of each variety in the Meat, Poultry, and/or Fish category (Examples: 3 cans of tuna, 3 cartons of eggs, etc.)?     ☑

20d. Do you have at least three stocking units of each variety in the Vegetables and/or Fruits category (Examples: 3 apples, 3 cans of peaches, etc.)?     ☑

21. Answer the following questions regarding perishable foods that you have currently and on a continuous basis in your store.

21a. Do you have at least one variety of perishable foods in the Breads and/or Cereals category (Examples: bread, pita, etc.)?     ☑

21b. Do you have at least one variety of perishable foods in the Dairy products category (Examples: refrigerated cow's milk, refrigerated butter, etc.)?     ☑

21c. Do you have at least one variety of perishable foods in the Meat, Poultry, and/or Fish category (Examples: fresh eggs, frozen chicken, etc.)?     ☑

21d.     ☑

**A.R. 11**

**Do you have at least one variety of perishable foods in the Vegetables and/or Fruits category (Examples: fresh apples, frozen broccoli, etc.)?**

22. Enter your estimated or actual retail sales for a one year period in the following table. If you do not sell a particular category of products place a "0" in the appropriate sales column cell.

> Enter the total retail sales from all products you sell at this location (both food and nonfood products and services). If you sell products wholesale to other businesses, do not include those sales. If your store has been open under your ownership for more than one year, you must enter actual total retail sales from your most recent IRS tax return for this store. If your store has been open under your ownership for less than one year, you must provide estimated sales.

2a. Actual Retail Sales: $440,000.00 in Tax Year: 2017

| Sales Category | Total Percent | Subtotal Percent | Sales Amount* |
|---|---|---|---|
| **Staple Foods** | **27%** | | **$118,800** |
| **Accessory Foods** | **25%** | | **$110,000** |
| Hot Foods | | 3% | |
| Cold Foods Prepared on Site | | 15% | |
| **Total Hot + Cold Foods Prepared on Site** | **18%** | | **$79,200** |
| **Nonfood Items** | **30%** | | **$132,000** |
| Total Nonfood + Hot Foods | | 33% | |
| Total Sales | 100% | | $440,000 |

Sales Amount* is derived from the retail sales number and percentages provided by the retailer.

23. **Number of Registers : 1**

| Store Criteria : A Store Type : Convenience Store | In Low Food Access Area? NONE Entered By: NONE | Qualifies for Marginal Eligibility? NONE Entered By: NONE Entered Date: NONE |
|---|---|---|

**A.R. 12**

Entered Date:

NONE

25. **Open Year Round?** Yes

26. **Store Open 7 days, 24 hours?** No
26a. **Operating Hours :**

| Weekday | Open Time | Close Time |
|---|---|---|
| Monday | 07:00 AM | 12:00 AM |
| Tuesday | 07:00 AM | 12:00 AM |
| Wednesday | 07:00 AM | 12:00 AM |
| Thursday | 07:00 AM | 12:00 AM |
| Friday | 07:00 AM | 12:00 AM |
| Saturday | 07:00 AM | 12:00 AM |
| Sunday | 07:00 AM | 12:00 AM |

**Total Weekly Store Hours :** 119

29. **If you have a store website, provide the website address.** NONE

30. **Do you have additional information or comments you would like to provide to FNS (such as any special circumstances that FNS should know)?** No

▼ Comments

**11/21/2019 Entered by:** Soncia Shako (BRSB)

IAB has requested a terminal verification from 04/01/2019 through 09/30/2019. There was 1 terminal used: Terminal ID #17667001 was used from 04/01/2019 through 09/30/2019 with the State Admin listing the store name as BROTHER CONVENIENCE STORE with the store address as 3358 Greenmount Ave, Baltimore, MD. Information submitted to IAB.

**04/26/2019 Entered by:** database_maintenance

During Release [R20.5.0.0] a new question was added to the application asking the retailer if they sell Gasoline. For all existing applications, the answer was defaulted to Yes or No based on

**A.R. 13**

prior sales data provided for Gasoline. If the application didn't have any clear indication on Gasoline sales, it was left as 'Select One'.

**04/26/2019 Entered by:** database_maintenance

During Release [R20.5.0.0] a new question was added to the application asking the retailer if they had any comments for FNS.?For all existing applications, the answer was defaulted to 'Yes' if there was text displayed in the comments box; otherwise it was defaulted to 'No'.

**04/26/2019 Entered by:** database_maintenance

Obsolete Application Question and Answer Removed: Did the store/market have or apply for a restaurant license? - No. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance

The retailer reported sales in the following category(s) for 252-E form: Actual Sales ( $440,000.00 ) tax year 2017: Tobacco $88,000.00,Alcohol $0.00,Lottery $0.00,Gasoline $0.00,Hot Foods $12,000.00,Other Nonfood Items $44,000.00,Cold Foods Prepared on Site $66,000.00,Accessory Foods $110,000.00,Staple Foods $120,000.00. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance

As part of the data conversion, all sales amounts other than Total Retail Sales have been converted from dollars to percentages of Total Retail Sales. Release: 20.5.0.0. Date: 04/26/2019

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

H-ZIP. Meets A. CS no gas. No other owners on AOI. ST and name searches return no neg actions on location or owners. All other items from SC list met. However, RFS has no B/L or DL/SS since it is old.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

Store Criteria changed from A to Q based on data provided in ORA.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

Old Sales data in STARS:

Tax Year: 2014; Estimated Sales Amount: $700,000.00;

Staple Food Amount: $420,000.00;

Accessory Food Amount: $105,000.00;

Staple Food Categories: Bread/Cereal, Dairy, Fruits/Vegetables, Meats/Poultry/Fish;

Hot/Non Food Categories: Tobacco Products, Hot Food, Other;

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

Meets A

**10/26/2018 Entered by:** ORA User (Unknown)

**A.R. 14**

█████████████ Other Authorized Representative) (Phone number - ████████ submitted Online Reauthorization Application on 10/26/2018

**10/26/2018 Entered by:** ORA User (Unknown)
Store Alternative Phone Number changed from ████████

**10/26/2018 Entered by:** ORA User (Unknown)
Twenty Four Hr flag changed from true

**10/26/2018 Entered by:** ORA User (Unknown)
Equipment Provider changed from Name: NONE; Phone: NONE; Address: NONE

**01/31/2017 Entered by:** database_maintenance
Store notified 01/19/17 via Send Word Now, of the decision to comply with court order (issued 11/30/16 by the U.S. District Court of South Dakota) to disclose store's annual redemption data.

**08/27/2014 Entered by:** Kenneth Constable (Retailer Operations Division)
Miscoded as MG. Updated % of Staple Food Sales from 85% to 60% changing store type.

**11/07/2013 Entered by:** Sibongile Lynch (Retailer Operations Division)
Spoke with owner to verify info included in HR docs re: articles of incorporation, which show a third person, ████████ as being the incorporator, and the owner, Hesham Ghaleb, only as a "registered agent". He insist that ████ is not an owner and will contact me to either add her to the record in STARS or remove her from the incorporation documents.

**10/16/2013 Entered by:** database_maintenance
System auto changed store/meal service application status to Application - Applicant Withdrew on 10/16/2013 for non-response to information requested.

**09/06/2013 Entered by:** Marta Figueroa (SNAP Retailer Service Center)
Doc Send:Personal Tax 2012

Update 252

STARS (/stars/starsng/index.html#/dashboard/init)

USDA.gov (http://www.usda.gov/wps/portal/usdahome)

FNS Home (http://www.fns.usda.gov/fns/)

SFUG (/stars/FNS-STARSII-P1-04-SFUG-031.PDF)       FOIA (https://www.dm.usda.gov/foia/)   ∧

**A.R. 15**

## 252 Information

Compliance Summary (/stars/starsng/index.html#/fspentity/compliancesummary/1112578/0429195)

| ✈ Retailer Application ⇕ | ✈ Retailer Status ⇕ | ✈ Retailer Information ⇕ |
|---|---|---|

**FNS Number:** 0429195

**Brothers Convenience Store**
**Chain Store Number :** NONE
**Open Case :** C0222981
**Watch List Status :** Open **(ALERT)**
**Location Address :** 3358 Greenmount Ave, Baltimore, Maryland 21218
**Status :** ■ Permanently Disqualified - SNAP Program Violation - 02/26/2020
**Risk Level : High** (/stars/starsng/index.html#/fspentity/riskprofile/1112578/0429195)
**Store Criteria - Type :** A - Convenience Store
**Corporation Name - Number :** NONE - NONE
**Centralization Plan Number :** NONE

✈ RFS Menu ⇕

Update 252

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

Financial/Equipment

0

1.  **Application Signed By Information**
    **First Name :** Hesham          **Middle Name :** NONE          **Last Name :** Ghaleb
    **Title :** President

**A.R. 16**

**Date Application Signed :**
07/08/2013

2.  **Online Application Completed By**
    **First Name : NONE**          **Middle Name : NONE**          **Last Name : NONE**
    **Title : NONE**

3.  **Receipt of Mandatory Supporting Documents**

    | Supporting Document | Supporting Document Status | Received Date |
    | --- | --- | --- |
    | Business License | Received | 08/22/2013 |
    | SSN Card for Hesham Ghaleb | Received | 08/22/2013 |
    | Photo ID for Hesham Ghaleb | Received | 08/22/2013 |
    | Certification and Signature Statement for Hesham Ghaleb | NONE | NONE |
    | SSN Card for Maged Ghaleb | Received | 08/22/2013 |
    | Photo ID for Maged Ghaleb | Received | 09/05/2013 |
    | Certification and Signature Statement for Maged Ghaleb | NONE | NONE |

4.  **Receipt of Other Supporting Documents, if required**

    | Supporting Document | Supporting Document Status | Received Date |
    | --- | --- | --- |
    | Bond | NONE | NONE |
    | Bonafide Transfer of Ownership | NONE | NONE |
    | Proof of Inventory | NONE | NONE |
    | OSA Signature Page | Received | 08/16/2013 |
    | Proof of Nonprofit Status | NONE | NONE |
    | Proof of Nonprofit Status | NONE | NONE |

5.  ☐ Exempt Store From Call Order Queue
    Exempt Store from Call Order Queue not applicable for 252-C stores

▼ Comments                                                                    ⌃

**A.R. 17**

**11/21/2019 Entered by:** Soncia Shako (BRSB)

IAB has requested a terminal verification from 04/01/2019 through 09/30/2019. There was 1 terminal used: Terminal ID #17667001 was used from 04/01/2019 through 09/30/2019 with the State Admin listing the store name as BROTHER CONVENIENCE STORE with the store address as 3358 Greenmount Ave, Baltimore, MD. Information submitted to IAB.

**04/26/2019 Entered by:** database_maintenance

During Release [R20.5.0.0] a new question was added to the application asking the retailer if they sell Gasoline. For all existing applications, the answer was defaulted to Yes or No based on prior sales data provided for Gasoline. If the application didn't have any clear indication on Gasoline sales, it was left as 'Select One'.

**04/26/2019 Entered by:** database_maintenance

During Release [R20.5.0.0] a new question was added to the application asking the retailer if they had any comments for FNS.?For all existing applications, the answer was defaulted to 'Yes' if there was text displayed in the comments box; otherwise it was defaulted to 'No'.

**04/26/2019 Entered by:** database_maintenance

Obsolete Application Question and Answer Removed: Did the store/market have or apply for a restaurant license? - No. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance

The retailer reported sales in the following category(s) for 252-E form: Actual Sales ( $440,000.00 ) tax year 2017: Tobacco $88,000.00,Alcohol $0.00,Lottery $0.00,Gasoline $0.00,Hot Foods $12,000.00,Other Nonfood Items $44,000.00,Cold Foods Prepared on Site $66,000.00,Accessory Foods $110,000.00,Staple Foods $120,000.00. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance

As part of the data conversion, all sales amounts other than Total Retail Sales have been converted from dollars to percentages of Total Retail Sales. Release: 20.5.0.0. Date: 04/26/2019

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

H-ZIP. Meets A. CS no gas. No other owners on AOI. ST and name searches return no neg actions on location or owners. All other items from SC list met. However, RFS has no B/L or DL/SS since it is old.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

Store Criteria changed from A to Q based on data provided in ORA.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)

Old Sales data in STARS:

Tax Year: 2014; Estimated Sales Amount: $700,000.00;

Staple Food Amount: $420,000.00;

Accessory Food Amount: $105,000.00;

Staple Food Categories: Bread/Cereal, Dairy, Fruits/Vegetables, Meats/Poultry/Fish;

Hot/Non Food Categories: Tobacco Products, Hot Food, Other;

**A.R. 18**

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Meets A

**10/26/2018 Entered by:** ORA User (Unknown)
▮▮▮▮▮ (Other Authorized Representative) (Phone number – ▮▮▮▮ submitted Online
Reauthorization Application on 10/26/2018

**10/26/2018 Entered by:** ORA User (Unknown)
Store Alternative Phone Number changed from ▮▮▮▮

**10/26/2018 Entered by:** ORA User (Unknown)
Twenty Four Hr flag changed from true

**10/26/2018 Entered by:** ORA User (Unknown)
Equipment Provider changed from Name: NONE; Phone: NONE; Address: NONE

**01/31/2017 Entered by:** database_maintenance
Store notified 01/19/17 via Send Word Now, of the decision to comply with court order (issued 11/30/16
by the U.S. District Court of South Dakota) to disclose store's annual redemption data.

**08/27/2014 Entered by:** Kenneth Constable (Retailer Operations Division)
Miscoded as MG. Updated % of Staple Food Sales from 85% to 60% changing store type.

**11/07/2013 Entered by:** Sibongile Lynch (Retailer Operations Division)
Spoke with owner to verify info included in HR docs re: articles of incorporation, which show a third
person, ▮▮▮▮▮, as being the incorporator, and the owner, Hesham Ghaleb, only as a
"registered agent". He insist that ▮▮▮ is not an owner and will contact me to either add her to the record
in STARS or remove her from the incorporation documents.

**10/16/2013 Entered by:** database_maintenance
System auto changed store/meal service application status to Application - Applicant Withdrew on
10/16/2013 for non-response to information requested.

**09/06/2013 Entered by:** Marta Figueroa (SNAP Retailer Service Center)
Doc Send:Personal Tax 2012

Update 252

STARS (/stars/starsng/index.html#/dashboard/init)

USDA.gov (http://www.usda.gov/wps/portal/usdahome)     FNS Home (http://www.fns.usda.gov/fns/)

SFUG (/stars/FNS-STARSII-P1-04-SFUG-031.PDF)     FOIA (https://www.dm.usda.gov/foia/)

**A.R. 19**

# 252 Information

Compliance Summary (/stars/starsng/index.html#/fspentity/compliancesummary/1112578/0429195)

| ⏩ Retailer Application ⬍ | ⏩ Retailer Status ⬍ | ⏩ Retailer Information ⬍ |
|---|---|---|

**FNS Number: 0429195**

**Brothers Convenience Store**
**Chain Store Number :** NONE
**Open Case :** C0222981
**Watch List Status :** Open **(ALERT)**
**Location Address :** 3358 Greenmount Ave, Baltimore, Maryland 21218
**Status :** ◼ Permanently Disqualified - SNAP Program Violation - 02/26/2020
**Risk Level : High** (/stars/starsng/index.html#/fspentity/riskprofile/1112578/0429195)
**Store Criteria - Type :** A - Convenience Store
**Corporation Name - Number :** NONE - NONE
**Centralization Plan Number :** NONE

⏩ RFS Menu ⬍

Update 252

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

Financial/Equipment

0

**Financial Institution Information**
**Name :** Bank of America
**Phone Number :** NONE
**Routing Number :** NONE
**Suffix :** NONE

**Financial Institution Address**
2530 N Charles Street
Baltimore, Maryland 21218
United States of America

ᴧ

**Validation Result :** Not Validated
**Date Validated :** NONE
**Validated By :** NONE

### Equipment Provider Information
Name : CDE               Phone
Services, Inc/goEBT       **Number :**
                          (800) 277-
                          5165

### Equipment Provider Address
1200 Williams Drive, Suite 1210
Marietta, Georgia 30066
United States of America

**Validation Result :** Not Validated
**Date Validated :** NONE
**Validated By :** NONE

▼ Comments

**11/21/2019 Entered by:** Soncia Shako (BRSB)
IAB has requested a terminal verification from 04/01/2019 through 09/30/2019. There was 1 terminal
used: Terminal ID #17667001 was used from 04/01/2019 through 09/30/2019 with the State Admin listing
the store name as BROTHER CONVENIENCE STORE with the store address as 3358 Greenmount
Ave, Baltimore, MD. Information submitted to IAB.

**04/26/2019 Entered by:** database_maintenance
During Release [R20.5.0.0] a new question was added to the application asking the retailer if they sell
Gasoline.  For all existing applications, the answer was defaulted to Yes or No based on prior sales data
provided for Gasoline. If the application didn't have any clear indication on Gasoline sales, it was left as
'Select One'.

**04/26/2019 Entered by:** database_maintenance
During Release [R20.5.0.0] a new question was added to the application asking the retailer if they had
any comments for FNS.?For all existing applications, the answer was defaulted to 'Yes' if there was text
displayed in the comments box; otherwise it was defaulted to 'No'.

**04/26/2019 Entered by:** database_maintenance
Obsolete Application Question and Answer Removed: Did the store/market have or apply for a restaurant
license? - No. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance

**A.R. 21**

The retailer reported sales in the following category(s) for 252-E form: Actual Sales ( $440,000.00 ) tax
year 2017: Tobacco $88,000.00,Alcohol $0.00,Lottery $0.00,Gasoline $0.00,Hot Foods
$12,000.00,Other Nonfood Items $44,000.00,Cold Foods Prepared on Site $66,000.00,Accessory Foods
$110,000.00,Staple Foods $120,000.00. Release: 20.5.0.0. Date: 04/26/2019

**04/26/2019 Entered by:** database_maintenance
As part of the data conversion, all sales amounts other than Total Retail Sales have been converted from
dollars to percentages of Total Retail Sales. Release: 20.5.0.0. Date: 04/26/2019

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
H-ZIP. Meets A. CS no gas. No other owners on AOI. ST and name searches return no neg actions on
location or owners. All other items from SC list met. However, RFS has no B/L or DL/SS since it is old.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Store Criteria changed from A to Q based on data provided in ORA.

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Old Sales data in STARS:
Tax Year: 2014; Estimated Sales Amount: $700,000.00;
Staple Food Amount: $420,000.00;
Accessory Food Amount: $105,000.00;
Staple Food Categories: Bread/Cereal, Dairy, Fruits/Vegetables, Meats/Poultry/Fish;
Hot/Non Food Categories: Tobacco Products, Hot Food, Other;

**02/13/2019 Entered by:** Betina Morales (Retailer Operations Division)
Meets A

**10/26/2018 Entered by:** ORA User (Unknown)
███████████████ Other Authorized Representative) (Phone number ███████ submitted Online
Reauthorization Application on 10/26/2018

**10/26/2018 Entered by:** ORA User (Unknown)
Store Alternative Phone Number changed from ███████████

**10/26/2018 Entered by:** ORA User (Unknown)
Twenty Four Hr flag changed from true

**10/26/2018 Entered by:** ORA User (Unknown)
Equipment Provider changed from Name: NONE; Phone: NONE; Address: NONE

**01/31/2017 Entered by:** database_maintenance
Store notified 01/19/17 via Send Word Now, of the decision to comply with court order (issued 11/30/16
by the U.S. District Court of South Dakota) to disclose store's annual redemption data.

**08/27/2014 Entered by:** Kenneth Constable (Retailer Operations Division)
Miscoded as MG. Updated % of Staple Food Sales from 85% to 60% changing store type.

**A.R. 22**

**11/07/2013 Entered by:** Sibongile Lynch (Retailer Operations Division)

Spoke with owner to verify info included in HR docs re: articles of incorporation, which show a third person, ▮▮▮▮▮▮▮▮, as being the incorporator, and the owner, Hesham Ghaleb, only as a "registered agent". He insist that ▮▮▮▮ is not an owner and will contact me to either add her to the record in STARS or remove her from the incorporation documents.

**10/16/2013 Entered by:** database_maintenance

System auto changed store/meal service application status to Application - Applicant Withdrew on 10/16/2013 for non-response to information requested.

**09/06/2013 Entered by:** Marta Figueroa (SNAP Retailer Service Center)

Doc Send:Personal Tax 2012

Update 252

STARS (/stars/starsng/index.html#/dashboard/init)

USDA.gov (http://www.usda.gov/wps/portal/usdahome)      FNS Home (http://www.fns.usda.gov/fns/)

SFUG (/stars/FNS-STARSII-P1-04-SFUG-031.PDF)      FOIA (https://www.dm.usda.gov/foia/)

Accessibility Statement (https://www.usda.gov/accessibility-statement)

Privacy Policy (https://www.usda.gov/privacy-policy)

Non-Discrimination Statement (https://www.usda.gov/non-discrimination-statement)

Information Quality (http://www.ocio.usda.gov/policy-directives-records-forms/information-quality-activities)

© FNS 2020 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.

**A.R. 23**

| Form **FNS-252E**<br>US Department of Agriculture<br>Food and Nutrition Service | **SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM**<br>**APPLICATION FOR STORES** | OMB No. 0584-0008<br>Expiration Date: 07/31/2014 |
|---|---|---|

**FOR FIELD OFFICE USE ONLY**

FNS Number [ ][ ][ ][ ][ ][ ][ ]  Authorization Initials [ ][ ][ ]  Date Authorized [ ][ ] / [ ][ ] / [ ][ ][ ][ ]

This is Electronic Application

**1** When did or when will the store open for business under your ownership (MM/DD/YYYY):  07 / 20 / 2013

**2** Store Name:
Brother Convenience Store, Inc.

**3** Chain Store Number (if applicable):

**4** Store Location Address (do not enter P.O. Box here):

| Street Number: | Street Name: | Additional Address (Bldg #, Unit #, Stall #, etc.): |
|---|---|---|
| 3358 | Greenmount Ave | |

| City: | State: | Zip Code: |
|---|---|---|
| Baltimore | MD | 21218 - 2840 |

**5** Store Mailing Address
(Skip if your mailing address is the same as your store location. If you have a PO Box address, enter it in the street name field):

| Street Number: | Street Name: | Additional Address (Bldg #, Unit #, Stall #, etc.): |
|---|---|---|
| | | |

| City: | State: | Zip Code: | If foreign address, add Country: |
|---|---|---|---|
| | | | |

**6** Store Telephone Number:
( 667 ) 205 - 1042

**7** Alternate Telephone Number
████████████████████

**8** Do you want to receive official correspondence by email?   [ ] Yes   [X] No

**8a** If Yes, enter owner or store email address:

**9** Is your business a delivery route, farmers' market, farm stand/stall/u-pick, military commissary/exchange or specialty food store that primarily sells one food type such as meat/poultry, seafood, bread, or fruits/vegetables?   [ ] Yes   [X] No

**9a** If Yes, check the **one** store type that best describes your store:

[ ] Meat/Poultry Market   [ ] Bakery   [ ] Military Commissary/Exchange   [ ] Farm Stand/Stall/U-Pick

[ ] Seafood Market   [ ] Produce Market   [ ] Delivery Route   [ ] Farmers' Market

Do not use this Form FNS-252E if you are applying as a restaurant. Restaurants must use Form FNS-252-2, Application for Meal Services.

**10** Type of Ownership (check only **one** box):

[ ] Privately Held Corporation   [ ] Sole Proprietorship   [ ] Limited Liability Company   [ ] Government Owned

[ ] Publicly Owned Corporation   [X] Partnership   [ ] Nonprofit Cooperative

**11** Corporation or Government Agency Information: If privately held corporation or limited liability company, enter the name and address of your corporation as on record with the State. If government owned, enter the name and address of the responsible government agency. If publicly owned corporation, enter the name and address of the parent corporate office. **All others skip to the next question.**

**11a** Corporation Name:

**11b** Corporation Address:

| Street Number: | Street Name: | Additional Address (Bldg #, Unit #, Stall #, etc.): |
|---|---|---|
| | | |

| City: | State: | Zip Code: | If foreign address, add Country: |
|---|---|---|---|
| | | | |

**11c** If publicly owned or government owned, enter a contact person:

| Contact Person Name: | Telephone Number: | Email Address: |
|---|---|---|
| | ( ) - | |

Mon Jul 29 18:01:17 EDT 2013

**12** Owner/Officer Information: Enter the name and home address of all officers, owners, partners, and members.  You must enter spousal information for each owner and officer if your business is located in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA, WI).  **If this is a public corporation or government owned store, skip to question 13.** See instructions for more information about this question.

**12a** Print name exactly as it appears on the social security card:

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Hesham | A | Ghaleb |

Street Number:     Street Name:     Additional Address (Unit #, Suite #, Apt #, etc.):

If foreign address, add Country:

wner, partner, spouse, etc.):

**12b** Print name exactly as it appears on the social security card:

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Maged | A | Ghaleb |

Street Number:     Street Name:     Additional Address (Unit #, Suite #, Apt #, etc.):

If foreign address, add Country:

wner, partner, spouse, etc.):

**12c** Print name exactly as it appears on the social security card:

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| | | |

| Street Number: | Street Name: | Additional Address (Unit #, Suite #, Apt #, etc.): |
|---|---|---|
| City: | State: | Zip Code: | If foreign address, add Country: |

Social Security Number:     Date of Birth: (MM/DD/YYYY)     Business Title (i.e. owner, partner, spouse, etc.):

_____ - _____ - _____      _____ / _____ / _____

**12d** Print name exactly as it appears on the social security card:

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| | | |

| Street Number: | Street Name: | Additional Address (Unit #, Suite #, Apt #, etc.): |
|---|---|---|
| City: | State: | Zip Code: | If foreign address, add Country: |

Social Security Number:     Date of Birth: (MM/DD/YYYY)     Business Title (i.e. owner, partner, spouse, etc.):

_____ - _____ - _____      _____ / _____ / _____

**13** Has any officer, owner, partner, member, and/or manager ever had a license denied, withdrawn or suspended, or been fined for license violations (i.e. Supplemental Nutrition Assistance Program, WIC, business, alcohol, tobacco, lottery, or health license)?     ☐ Yes   ☒ No

**13a** If yes, provide an explanation:

**14** Was any officer, owner, partner, member, and/or manager convicted of any crime after June 1, 1999?     ☐ Yes   ☒ No

**14a** If yes, provide an explanation:

**A.R. 25**

**15** Do you sell products wholesale to other businesses such as hospitals or restaurants?   ☐ Yes ☒ No

**15a** If Yes, does your retail food sales meet or exceed $250,000 or 50% of your total sales?   ☐ Yes ☐ No

**16** Does the sale of hot and/or cold freshly prepared foods that are ready-to-eat exceed 50% of your total sales?   ☐ Yes ☒ No

**17** **Total Retail Sales.** Enter the total retail sales from all products you sell at this location (both food and non-food products and services). If your store has been open under your ownership for more than one year, enter actual total retail sales from your most recent IRS tax return for this store (17a), or if your store has been open under your ownership for less than one year, you must provide estimated sales (17b). If you sell products wholesale to other businesses, do not include those sales. **You must complete either 17a or 17b.**

**17a** Actual Retail Sales:   $ ☐☐☐ , ☐☐☐ , ☐☐☐ , ☐☐☐ .00   in Tax Year: 2 0 ☐☐

**17b** Estimated Retail Sales:   $ ☐☐ , ☐☐☐ , 7 0 0 , 0 0 0 .00   (check one) ☐ Day ☐ Week ☐ Month ☒ Year

**17c** If you have an Employer Identification Number (EIN) enter it here:   * * - * * * * * * *

**18** Do you stock at least three different items in each of these food categories? Include fresh, frozen, canned, packaged. See instructions for more information

| Breads/Grains | (Example: bread, cereal, pasta, rice, flour, etc.) | ☒ Yes ☐ No |
| Dairy | (Example: milk, butter, cheese, yogurt, infant formula, etc.) | ☒ Yes ☐ No |
| Fruits/Vegetables | (Example: frozen corn, dried beans, applesauce, canned peas, bananas, 100% juice, etc.) | ☒ Yes ☐ No |
| Meat/Poultry/Fish | (Example: canned meats and fish, ground beef, deli meats, bacon, frozen chicken, eggs, etc.) | ☒ Yes ☐ No |

**18a** What percent of your total retail sales comes from these food categories?   85 %

**18b** Do you stock fresh, frozen or refrigerated foods in at least two of these categories?   ☒ Yes ☐ No

**19** Do you sell "other" foods, such as snack foods, soft drinks, or condiments?   ☒ Yes ☐ No

**19a** If Yes, what percent of your total retail sales comes from these items?   15 %

**20** Do you sell non-food items or food that is hot at the time the customer pays for it?   ☐ Yes ☒ No

**20a** If Yes, check the items you carry:   ☐ tobacco products   ☐ alcohol   ☐ lottery   ☐ gasoline   ☐ hot food   ☐ other

**20b** If Yes, what percent of your total retail sales comes from non-food and hot food items?   ☐ %

The sum of the three percentage figures above must equal 100%

**21** How many cash registers are at this store?   1

**22** Is this store open year round?   ☒ Yes ☐ No

**22a** If No, check which month(s) you are open:

☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

**23** Is this store open 7 days a week, 24 hours per day?   ☒ Yes ☐ No

**23a** If No, indicate operating hours:

|  | Opening Time | Select AM or PM | Closing Time | Select AM or PM |
|---|---|---|---|---|
| Monday: | _____ | ☐ ☐ | _____ | ☐ ☐ |
| Tuesday: | _____ | ☐ ☐ | _____ | ☐ ☐ |
| Wednesday: | _____ | ☐ ☐ | _____ | ☐ ☐ |
| Thursday: | _____ | ☐ ☐ | _____ | ☐ ☐ |
| Friday: | _____ | ☐ ☐ | _____ | ☐ ☐ |
| Saturday: | _____ | ☐ ☐ | _____ | ☐ ☐ |
| Sunday: | _____ | ☐ ☐ | _____ | ☐ ☐ |

**A.R. 26**

Case 1:20-cv-01346-GLR   Document 11-2   Filed 11/12/20   Page 28 of 151

**PRIVACY ACT STATEMENT - Authority:** Section 9 of the Food and Nutrition Act of 2008, as amended, (7 U.S.C. 2018): section 405 (c)(2)(C) of the Social Security Act (42 U.S.C. 405(c)(2)(C)); and section 6109(f) of the Internal Revenue Code of 1986 (26 U.S.C. 6109 (f)), authorizes collection of the information on this application.

- Information is collected primarily for use by the Food and Nutrition Service in the administration of the Supplemental Nutrition Assistance Program;

- Additional disclosure of this information may be made to other Food and Nutrition Service programs and to other Federal, State or local agencies and investigative authorities when the Supplemental Nutrition Assistance Program becomes aware of a violation or possible violation of the Food and Nutrition Act, as explained in the next section called "Use and Disclosure";

- Section 278.1(b) of the Supplemental Nutrition Assistance Program regulations provides for the collection of the owners' Social Security Number (SSN), Employee Identification Number (EIN) and tax information;

- The use and disclosure of SSNs and EINs obtained by applicants is covered in the Social Security Act and the Internal Revenue Code. In accordance with the Social Security Act and the Internal Revenue Code, applicant social security numbers and employer identification numbers may be disclosed only to other Federal agencies authorized to have access to social security numbers and employer identification numbers and maintain these numbers in their files, and only when the Secretary of Agriculture determines that disclosure would assist in verifying and matching such information against information maintained by such other agency [42 U.S.C. 405(c)(2)(C)(iii); 26 U.S.C. 6109(f)];

- Furnishing the information on this form, including your SSN and EIN, is voluntary but failure to do so will result in denial of this application;

- The Food and Nutrition Service may provide you with an additional statement reflecting any additional uses of the information furnished on this form.

**USE AND DISCLOSURE - Routine Uses:** We may use the information you give us in the following ways;

- We may disclose information to the Department of Justice (DOJ), a court or other tribunal, or another party before such tribunal when the USDA is involved in a lawsuit or has an interest in litigation and it has been determined that the use of such information is relevant and necessary and the disclosure is compatible with the purpose for which the information was collected;

- In the event that the information in our system indicates a violation of the Food and Nutrition Act or any other Federal or State law whether civil or criminal or regulatory in nature, we may disclose the information you give us to the appropriate agency, whether Federal or State, charged with the responsibility of investigating or prosecuting such violation or charged with enforcing or implementing the statute, or rule, regulation or order issued pursuant thereto;

- We may use your information, including SSNs and EINs, to collect and report on delinquent debt and may disclose the information to other Federal and State agencies, as well as private collection agencies, for purposes of claims collection actions including, but not limited to, the Treasury Department for administrative or tax offset and referral to the Department of Justice for litigation. (Note: SSNs and EINs will only be disclosed to Federal agencies authorized to possess such information);

- We may disclose information to other Federal and State agencies to verify the information reported by applicants and participating firms, and to assist in the administration and enforcement of the Food and Nutrition Act as well as other Federal and State laws. (Note: SSNs and EINs will only be disclosed to Federal agencies authorized to possess such information);

- We may disclose information to other Federal and State agencies to respond to specific requests from such Federal and State agencies for the purpose of administering the Food and Nutrition Act as well as other Federal and State laws;

- We may disclose information to other Federal and State agencies for the purpose of conducting computer matching programs;

- We may disclose information (excluding EINs and SSNs) to private entities having contractual agreements with us for designing, developing, and operating our systems, and for verification and computer matching purposes;

- We may disclose information to the Internal Revenue Service, for the purpose of reporting delinquent retailer and wholesaler monetary penalties of $600 or more for violations committed under the SNAP. We will report each delinquent debt to the Internal Revenue Service on Form 1099-C (Cancellation of Debt). We will report these debts to the Internal Revenue Service under the authority of the Income Tax Regulations (26 CFR Parts 1 and 602) under section 6050P of the Internal Revenue Code (26 U.S.C 6050P);

- We may disclose information to State agencies that administer the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), authorized under section 17 of the Child Nutrition Act of 1966 (CNA) (42 U.S.C. 1786), for purposes of administering that Act and the regulations issued under that Act;

- Disclosures pursuant to 5 U.S.C. 55 2a(b)(12). We may disclose information to "consumer reporting agencies" as defined in the Fair Credit Reporting Act (15 U.S.C. 1681a(f)) or the Debt Collection Act of 1982 (31 U.S.C 3711(d)(4));

- We may disclose information to the public when a retailer has been disqualified or otherwise sanctioned for violations of the Program after the time for administrative and judicial appeals has expired. This information is limited to the name and address of the store, the owner(s) name(s) and information about the sanction itself. The purpose of such disclosure is to assist in the administration and enforcement of the Food and Nutrition Act and Supplemental Nutrition Assistance Program regulations.

Mon Jul 29 18:01:17 EDT 2013     **A.R. 27**

**CERTIFICATION AND SIGNATURE** - By signing below, you are confirming your understanding of and agreement with the following:

- I am an owner of this firm;

- I have provided truthful and complete information on this form and on any documents provided to the Food and Nutrition Service;

- If I provide false information, my application may be denied or withdrawn;

- Any information I have provided or will provide may be verified and shared by the USDA with other agencies as described in the Privacy Act and Use and Disclosure statement;

- By my signature below, I release my tax records to the Food and Nutrition Service;

- I will receive Supplemental Nutrition Assistance Program training materials upon authorization. It is my responsibility to ensure that the training materials are reviewed by all firm's owners and all employees (whether paid or unpaid, new, full-time or part-time); and that all employees will follow Supplemental Nutrition Assistance Program regulations. If I do not receive these materials I must contact the Food and Nutrition Service to request them;

- I am aware that violations of program rules can result in administrative actions such as fines, sanctions, withdrawal or disqualification from the Supplemental Nutrition Assistance Program; I am aware that violations of the Supplemental Nutrition Assistance Program rules can also result in Federal, State and/or local criminal prosecution and sanctions;

- I accept responsibility on behalf of the firm for violations of the Supplemental Nutrition Assistance Program regulations, including those committed by any of the firm's employees, paid or unpaid, new, full-time or part-time. These include violations such as, but not limited to:

  - Trading cash for Supplemental Nutrition Assistance Program benefits (i.e. trafficking);

  - Accepting Supplemental Nutrition Assistance Program benefits as payment for ineligible items;

  - Accepting Supplemental Nutrition Assistance Program benefits as payment on credit accounts or loans;

  - Knowingly accepting Supplemental Nutrition Assistance Program benefits from people not authorized to use them.

- Disqualification from the WIC Program may result in Supplemental Nutrition Assistance Program disqualification and a disqualification from the Supplemental Nutrition Assistance Program may result in WIC Program disqualification.

- In accordance with Federal law and U.S. Department of Agriculture policy, no customer may be discriminated against on the grounds of race, color, national origin, sex, age, religion, political beliefs, or disability. Supplemental Nutrition Assistance Program customers must be treated in the same manner as non-Supplemental Nutrition Assistance Program customers;

- Participation can be denied or withdrawn if my firm violates any laws or regulations issued by Federal, State or local agencies, including civil rights laws and their implementing regulations;

- I am responsible for reporting changes in the firm's ownership, address, type of business and operation to the Food and Nutrition Service.

Supplemental Nutrition Assistance Program authorization may not be transferred to new owners, partners, or corporations. An unauthorized individual or firm accepting or redeeming Supplemental Nutrition Assistance Program benefits is subject to substantial fines and administrative sanctions.

---

**PENALTY WARNING STATEMENT** - The Food and Nutrition Service can deny or withdraw your approval to accept Supplemental Nutrition Assistance Program benefits if you provide false information or try to hide information we ask you to give us.

In addition, if false information is provided or information is hidden from the Food and Nutrition Service, the owners of the firm may be liable for a $10,000 fine or imprisoned for as long as five years, or both (7 U.S.C. 2024(f) and 18 U.S.C. 1001).

---

**I have read, understand and agree with the conditions of participation outlined in the Privacy Act, Use and Disclosure, Penalty Warning and Certification Statements as provided above, and agree to comply with all statutory and regulatory requirements associated with participation in the Supplemental Nutrition Assistance Program.**

X _____          X _____

Signature                                                       Print Name


_____              _____

Date Signed                                                   Print Title

**A.R. 28**

Case 2:20-cv-01346-CB  Document 1-1  Filed 11/12/20  Page 30 of 151

**NOTE:** Mark appropriate boxes with an "X" centered in the box.

FNS Number→  <u>0429195</u>

---

### *GENERAL STORE INFORMATION* (As Provided by Field Office)

**Store Name:**  Brother Convenience Store, Inc.

**Store Address:** <u>3358 Greenmount Ave</u>                    **Telephone No:** <u>6672051042</u>

                                                                                    **County:** <u>BALTIMORE CITY</u>

**City/State/Zip:** <u>Baltimore, MD 21218</u>

**Days/Hours of Operation:** <u>Open 7 days, 24 hours</u>

---

**Owner's Name Provided by Store Personnel:** <u>Hesham Ghaleb</u>

**Store Name Posted**: <u>Brothers Convenience Store</u>

***Days*** **&** *Hours of Operation*

Record Days & Hours of Operation in space provided here, indicating "a m" and/or "p m". If a store is open different hours on certain days, please list those days separately. For example, Monday – Saturday, 7am-11pm; Sunday, 10am-6pm. *Write "Same" if hours are same as provided.* <u>Open 7 days, 24 hours</u>

---

### *GENERAL STORE CHARACTERISTICS* *(Mark all that apply)*

| Description of **Area:** | ☐Urban | ☒Suburban | ☐Rural | ☐Other |
|---|---|---|---|---|
| Description of **Location:** | ☐Residential | ☒Commercial | ☐Industrial | ☐Other |
| **Placement** of Store: | ☐ Freestanding | ☒ Shopping Mall | ☐ Farmers' Market Booth/Stall | ☐ Other |

☐ YES   ☒ NO   Are optical scanners used at checkout?
☐ YES   ☒ NO   Are shopping baskets available for customers?
☐ YES   ☒ NO   Are there more than 10 shopping baskets for customers to use?
☐ YES   ☒ NO   Are shopping carts available for customers?
☐ YES   ☒ NO   Are there more than 10 shopping carts for customers to use?

*If yes*, take photos of carts and baskets in the store.

<u>1</u> Number of Cash Registers/Check-out Stations?  (*If no registers present*, answer the next question)
☐ *YES*   ☒ *NO*   Adding Machines/Calculators?   ☐ Other

<u>0</u> Number of Point-of-Sale Devices for EBT Benefits Inside Store

☐ *YES* ☒ *NO*   Is there evidence of wholesale business such as posted  prices or separate entrances for wholesale customers?

---

### *FOOD SERVICE INFORMATION (Mark All That Apply)*

☐ YES   ☒ NO   Hot Food Sold?  (Take photo of hot food and menu or get copy of the menu, if available.)

☐ YES   ☒ NO   Food Sold For On-Site Consumption (Hot <u>OR</u> Cold)? (*If yes*, mark next line, and **take photo**)

*If Yes…*   ☐ Chairs/Tables   ☐ Counter/Booth Seating   ☐ Standup Tables   ☐ Other

☐ YES   ☒ NO   Is There a Deli OR Prepared Food Section?  **(If yes, mark all that apply:)**

*If Yes…* ☐Prices Posted for Meats  ☐Prepared Salads ☐Prepared/Made-to-Order  ☐Other Refridgerated Foods(e.g. Casseroles,
          Cheese sold by Weight                          Sandwiches                    Chilled Cooked Chicken, etc…)

☐ YES   ☒ NO   Meat/Seafood Specials or Bundles, or Fruit/Vegetable Boxes Sold?  (*If Yes*…Get Copy of

---

**A.R. 29**

What is the estimated square footage of the store?  1400

Is food stored in a storage area out of the public view?  ☐ YES   ☒ NO

If yes, include the storage area in the sketch and ask for the estimated square footage of that space and note it here.
_____

☒   YES   ☐   NO      Does the store operate through a night window or plastic barrier, with food stock behind the barrier?

### *STORE TYPE?*

Is this store delivery route, farmers' market or specialty food store primarily selling one food type such as meat, poultry, seafood, bread, fruits, or vegetables?  ☐ Yes  ☒ No

If **Yes**, circle type or, if another type, write in best description here: _____

### *NON-FOOD STOCK AND SERVICES  (Mark any that are present)*

☒ Tobacco Products      ☐ Alcohol            ☐ Lottery tickets
☐ Gasoline              ☒ Other (Briefly describe the items that are carried in significant amounts.)
                        Petfood, household

*Take Photos of Items Carried in Significant Amounts (Reminder, a photo of alcohol and gas pumps is always required.)*

### *STORE CONDITIONS  (Mark all that apply)*

*(Explain Scope of Problem in Comments Section.)*
☐ Empty Coolers    ☐ Empty Shelves        ☐ Poor Lighting        ☐ Ice Crystals on Frozen Food
☐ Dusty Cans/Packages                     ☐ Expired/Outdated Food
☐ Broken Coolers   ☐ Faded/Missing Labels  ☐ Other

COMMENTS:

Reviewer (**Print** Name): ████████████

☒ I certify to the best of my knowledge the information provided herein is true.

**Site Visit, or 1ˢᵗ attempt:**  Date   11/2/2013 1:20:00 PM

*(If applicable)* **Re-Visit, or 2ⁿᵈ attempt:**  Date

**A.R. 30**

Checklist for FNS or Authorized Agent Use Only   U.S. Department of Agriculture - Food and Nutrition Service   December 2010 - BRD/SNAP

Store Name: Brother Convenience Store, Inc.                                        FNS Number: 0429195

| Dairy Products | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Butter/Margarine | | X | | X |
| Cheese (hard/soft)/Cottage | | X | | X |
| Ice Cream/Ice Milk | | | X | X |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | | | | |
| Infant Formula (Animal-milk based) | | X | | |

| F/V | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| 100% Juice (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | 3 | | | |
| Pears | | X | | |
| Apricots/Peaches/Nectarines Mangoes/Plums/Prunes/Mixed Fruit | | | X | |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | | | X | X |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | | | | |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | | | | |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | | | | |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | | | |
| Celery/Onion/Leeks/Mushrooms | | X | | X |
| Corn | | | X | X |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | | | | |
| Peppers/Bell Peppers/Avocados | | | | |
| Potatoes (White/Sweet/Yams) | | | | |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | | | | |
| Tomatoes/Tomato Sauce | | | X | |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | | X | |

| Breads and Cereals | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | | X | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | X | | |
| Corn Meal/Grits | | | | |
| Flour/Cracked Wheat/Baking Mixes | | | X | |
| Snacks: Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | |
| Infant Cereal | | X | | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Beef/Veal | | | | |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | | X | | X |
| Chicken/Turkey/Duck/Goose Game Birds | | | | |
| Deli/Lunch Meat/Hot Dogs | | X | | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | X | | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | | |

Reviewer (Print Name): ██████████

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 11/2/2013 1:20:00 PM

(If applicable) Re-Visit or 2nd attempt: Date:                          **A.R. 31**

**FNS#** 0429195

**Store Name:**   Brother Convenience Store, Inc.

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **<u>Brother Convenience Store, Inc.</u>.**

I completed my review of this store at **<u>1:20 PM on 11/2/2013</u>**

The digital images accurately portray the situation at the named store on the given

date and time.

████████████

Signature of On-Site Reviewer

# <u>ISN CORPORATION</u>
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; ████████████

**A.R. 32**

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS # _042 9195_      Store Name _Brother Convenience Store Inc_

I, _Hesham Ameen T Gholeb_ give my consent for FNS or its Contractor to
   (Print name)
review this store - to take photographs, to sketch the store layout, and to collect other
information in connection with this store's participation in the Supplemental Nutrition
Assistance Program (SNAP).

_Hesham.G_        _11-2-13_        _owner_
**Signature**              **Date**              **Title**

# STORE REVIEW REFUSAL FORM

Note: If you do not allow a store review to be conducted, your application may be
denied or your permit may be withdrawn.

I, _____ , refuse to give my consent for a store review and
      (Print name)
understand that my refusal means that this store will not be eligible to participate in the
Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____      _____      _____
**Signature**              **Date**              **Title**

**A.R. 33**

USDA SNAP Store Visit Sketch          FNS # D 4 2 9 1 9 5

Store Name _Brother Convenience Store Inc_   Date _11 2 13_



100% juice

milk
eggs
butter
lunchment
pork
cheese

pet food
household

cereal
milk

flour

rice

pasta          baking
baby food
baby juice    canfruit
soup          can veg
can fish      snacks
can meat

cereal

frozen veg

fresh veg

cakes

ice cream

bread

checkout
tobacco

fresh fruit

fresh fruit
snacks
cakes

formula

ATM

entry

The Store Sketch should outline the general store layout and include, at a minimum: all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on the sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan.

**A.R. 34**



A.R. 35





A.R. 37



A.R. 38



A.R. 39



A.R. 40





A.R. 42



A.R. 43



**A.R. 44**





A.R. 46





A.R. 48





Ex. 50



A.R. 51





A.R. 53



A.R. 54



A.R. 55



**A.R. 56**



A.R. 57







Survey Form for FNS or Authorized Agent Use Only — U.S. Department of Agriculture - Food and Nutrition Service — December 2010 - BRD/SNAP

Case 2:20-cv-01346-CB Document 1-1 Filed 11/17/20 Page 62 of 151

| Survey Form for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | December 2010 - BRD/SNAP |

| **NOTE:** MARK APPROPRIATE BOXES WITH AN **"X"** CENTERED IN THE BOX. |

**FNS Number→** <u>0429195</u>

---

### GENERAL STORE INFORMATION (As Provided by Field Office)

**Store Name:** Brother Convenience Store, Inc.

**Store Address:** <u>3358 Greenmount Ave</u>       **Telephone No:** <u>6672051042</u>

                             **County:** <u>BALTIMORE CITY</u>

**City/State/Zip:** <u>Baltimore, MD 21218</u>

**Days/Hours of Operation:** <u>Open 7 days, 24 hours</u>

**Owner's Name Provided by Store Personnel:** <u>Maged Amin Ghalib</u>

<u>Hesham Amen Ghalib</u>

**Store Name Posted:** <u>Brothers Convenience store</u>

***Days** & **Hours of Operation***

Record Days & Hours of Operation in space provided here, indicating "am" and/or "pm". If a store is open different hours on certain days, please list those days separately. For example, Monday – Saturday, 7am-11pm; Sunday, 10am-6pm. Write "Same" if hours are same as provided. <u>Mo-Fri 7 am-12 am</u>

<u>Sat, Sun 8.30 - 12 am</u>

---

### GENERAL STORE CHARACTERISTICS  (Mark all that apply)

Description of **Area:** ☒Urban ☐Suburban ☐Rural ☐Other

Description of **Location:** ☐Residential ☒Commercial ☐Industrial ☐Other

**Placement** of Store: ☐ Freestanding ☒ Shopping Mall ☐ Farmers' Market Booth/Stall ☐ Other

☐ YES     ☒ NO     Are optical scanners used at checkout?
☒ YES     ☐ NO     Are shopping baskets available for customers?
☐ YES     ☒ NO     Are there more than 10 shopping baskets for customers to use?
☐ YES     ☒ NO     Are shopping carts available for customers?
☐ YES     ☒ NO     Are there more than 10 shopping carts for customers to use?

*If yes*, take photos of carts and baskets in the store.

<u>1</u> Number of Cash Registers/Check-out Stations? (***If no registers present**, answer the next question*)
☐ *YES*   ☒ *NO*   Adding Machines/Calculators?        ☐ Other

<u>1</u> Number of Point-of-Sale Devices for EBT Benefits Inside Store

☐ *YES* ☒ *NO*   Is there evidence of wholesale business such as posted  prices or separate entrances for wholesale customers?

---

### FOOD SERVICE INFORMATION (Mark All That Apply)

☐ YES     ☒ NO     Hot Food Sold?  (Take photo of hot food and menu or get copy of the menu, if available.)

☐ YES     ☒ NO     Food Sold For On-Site Consumption (Hot <u>OR</u> Cold)?  (*If yes,* mark next line, and **take photo**)

    *If Yes…*    ☐ Chairs/Tables    ☐ Counter/Booth Seating    ☐ Standup Tables    ☐ Other

☐ YES     ☒ NO     Is There a Deli **OR** Prepared Food Section?  **(if yes, mark all that apply:)**

   *If Yes…* ☐Prices Posted for Meats ☐Prepared Salads ☐Prepared/Made-to-Order ☐Other Refrigerated Foods(e.g. Casseroles,
           Cheese sold by Weight            Sandwiches            Chilled Cooked Chicken, etc…)

☐ YES     ☒ NO     Meat/Seafood Specials or Bundles, or Fruit/Vegetable Boxes Sold?  (*If Yes*…Get Copy of

---

**A.R. 61**

What is the estimated square footage of the store? 850

Is food stored in a storage area out of the public view?   ☐ YES   ☒ NO

If yes, include the storage area in the sketch and ask for the estimated square footage of that space and note it here.
_____

☐   YES   ☒   NO       Does the store operate through a night window or plastic barrier, with food stock behind the barrier?

### *STORE TYPE?*

Is this store delivery route, farmers' market or specialty food store primarily selling one food type such as meat, poultry, seafood, bread, fruits, or vegetables?   ☐ Yes   ☒ No

If **Yes**, circle type or, if another type, write in best description here: _____

### *NON-FOOD STOCK AND SERVICES* (Mark any that are present)

☒ Tobacco Products        ☐ Alcohol            ☐ Lottery tickets
☐ Gasoline               ☒ Other (Briefly describe the items that are carried in significant amounts.)
                         Household, medicine, HBA

***Take Photos of Items Carried in Significant Amounts (Reminder, a photo of alcohol and gas pumps is always required.)***

### *STORE CONDITIONS* (Mark all that apply)

*(Explain Scope of Problem in Comments Section.)*
☐ Empty Coolers    ☐ Empty Shelves          ☐ Poor Lighting        ☐ Ice Crystals on Frozen Food
☐ Dusty Cans/Packages                      ☐ Expired/Outdated Food
☐ Broken Coolers   ☐ Faded/Missing Labels   ☐ Other

COMMENTS:

Reviewer (**Print** Name): ██████████████
☒ I certify to the best of my knowledge the information provided herein is true.

**Site Visit, or 1st attempt:** Date   10/17/2014 11:30:00 AM

*(If applicable)* **Re-Visit, or 2nd attempt:** Date

**A.R. 62**

Case 1:20-cv-01846-GLR   Document 11-2   Filed 10/22/20   Page 64 of 151

**Store Name:** Brother Convenience Store, Inc.     **FNS Number:** 0429195

| Dairy Products | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Butter/Margarine | | X | | X |
| Cheese (hard/soft)/Cottage | | X | | X |
| Ice Cream/Ice Milk | | | X | X |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | 1 | | | X |
| Infant Formula (Animal-milk based) | | X | | |

| F / V | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| 100% Juice (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | 4 | | | |
| Pears | 4 | | | |
| Apricots/Peaches/Nectarines Mangoes/Plums/Prunes/Mixed Fruit | | | X | |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | | | X | X |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | | | | |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | | | | |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | | | | |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | X |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | X | | X |
| Celery/Onion/Leeks/Mushrooms | | | X | X |
| Corn | | X | | X |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | | | | |
| Peppers/Bell Peppers/Avocados | | | | |
| Potatoes (White/Sweet/Yams) | | X | | X |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | | | | |
| Tomatoes/Tomato Sauce | | | X | |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | | X | |

| Breads and Cereals | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | X | | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | X | | |
| Corn Meal/Grits | | | | |
| Flour/Cracked Wheat/Baking Mixes | | X | | |
| Snacks: Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | |
| Infant Cereal | | | X | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Beef/Veal | | | | |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | 3 | | | X |
| Chicken/Turkey/Duck/Goose Game Birds | | X | | X |
| Deli/Lunch Meat/Hot Dogs | | X | | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | X | | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | | |

Reviewer (Print Name): ▮▮▮▮▮▮▮▮

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt: 10/17/2014 11:30:00 AM

(If applicable) Re-Visit or 2nd attempt:  Date:

**A.R. 63**

**FNS#** 0429195

**Store Name:** Brother Convenience Store, Inc.

## Supplemental Nutrition Assistance Program (SNAP)
### Store Visit Contract
### <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **<u>Brother Convenience Store, Inc.</u>**.

I completed my review of this store at **<u>11:30 AM on 10/17/2014</u>**

The digital images accurately portray the situation at the named store on the given

date and time.

████████████████

Signature of On-Site Reviewer

# ISN CORPORATION
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; ████████████

**A.R. 64**

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS # *0429195*   Store Name *Brother Convenience Store, Inc*

I, *Maged Amin Ghelib*, give my consent for FNS or its Contractor to
(Print name)
review this store - to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

_____     *10-17-2014*     *Owner manager*
Signature               Date               Title

# STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____ , refuse to give my consent for a store review and
(Print name)
understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____     _____     _____
Signature               Date               Title

**A.R. 65**

USDA SNAP Store Visit Sketch        FNS # 0 4 2 9 1 9 5

Store Name Brother Convenience Store    Date 10/17/14

| Household/ cleaning/ hygiene supplies | Cold Beverages 100% Juice | |
|---|---|---|
| | | Eggs Butter |
| Baby cereal | Baby cereal BabyFood | Cheese Lunch Meat |
| Paste | Rice Paste | Pork |
| | Sodas Soup | Frozen veg |
| | Flour Can veg | Pizza Chicken |
| | Fruit/Meat Fish | Milk |
| | Baking Mix | Cereal Bread |
| Check out | Cakes Snacks | Ice cream |
| Tobacco | | Fresh veg |
| Infant Formula | | Fruit |
| Medicine | | Hot Beverage |
| | entry | |

The Store Sketch should outline the general store layout and include, at a minimum: all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form.  Storage Areas where FOOD is stored should also be shown on the sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan.

**A.R. 66**





A.R. 68







A.R. 70



A.R. 71



A.R. 72



A.R. 73



**A.R. 74**





$1.49

$2.49

$3.99

A.R. 75



A.R. 76






A.R. 77



A.R. 78



A.R. 79







**A.R. 82**





**A.R. 84**



A.R. 85





A.R. 87





A.R. 89





A.R. 91



A.R. 92



**A.R. 93**



Survey Form for FNS or Authorized Agent Use Only — U.S. Department of Agriculture — Food and Nutrition Service SNAP/RPMD April 2016

Case 1:20-cv-01346-GLR   Document 11-2   Filed 11/12/20   Page 96 of 151

**FNS Number:** ███████████

---

### GENERAL STORE INFORMATION (as provided by FNS)

**Store Name:** ███████

**Store Address:** ████████████      **Telephone No:** ███████

**County:** ████████

**City/State/Zip Code:** ████████

**Days/Hours of Operation:**   M0800A-1030P; Tu0800A-1030P; W0800A-1030P; Th0800A-1030P; F0800A-1030P; Sa0800A-1030P; Su0800A-1030P

---

### GENERAL STORE INFORMATION

**Store Name** (as provided by store personnel): ████████

**Store Name as Posted on Outside Signage**: ██████████████

**Store Owner Name(s)** (as pro █████████████ personnel):

**Store Days & Hours of Operation** (as provided by store personnel):
*Place an "x" next to each day that the store is open. Record the Hours of Operation, indicating "am" or "pm" as appropriate.*

| Check | Day | Open | | Close |
|-------|-----|------|-----|-------|
| ☒ | **Monday** | 08:00 AM | **to** | 10:30 PM |
| ☒ | **Tuesday** | 08:00 AM | **to** | 10:30 PM |
| ☒ | **Wednesday** | 08:00 AM | **to** | 10:30 PM |
| ☒ | **Thursday** | 08:00 AM | **to** | 10:30 PM |
| ☒ | **Friday** | 08:00 AM | **to** | 10:30 PM |
| ☒ | **Saturday** | 08:00 AM | **to** | 10:30 PM |
| ☒ | **Sunday** | 08:00 AM | **to** | 10:30 PM |

**Store Cross Streets:** ██████████████

---

### GENERAL STORE CHARACTERISTICS

**1.** What is the estimated square footage of the store?    1000

**2.** Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
    Provided by Store Personnel

**3.** ☐ YES    ☒ NO    Are optical scanners used at checkout?

**4.** ☐ YES    ☒ NO    Are shopping baskets available for customers? **If yes\***, how many?

*\*Take photo of shopping baskets*

**5.** ☐ YES    ☒ NO    Are shopping carts available for customers? **If yes\***, how many?

*\*Take photo of shopping carts*

**6.** ☒ YES    ☐ NO    Does the store operate through a night window or plastic barrier? **If yes, take photo** of night window or plastic barrier.

**7.** ☐ YES    ☒ NO    Is there evidence of wholesale business, such as posted prices or separate entrances for wholesalers? **If yes**, provide evidence in comments section.

**8.** ☒ YES    ☐ NO    Typically, stores end prices with "x9" cents (e.g., $.99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

**NOTE FOR REVIEWER:** The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered. Please address any discrepancies in the comments section.

**A.R. 95**

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

## GENERAL STORE CHARACTERISTICS

**9.** Number of check-out counters/areas*:                      1
*Take photo of check-out counters/areas.*

**10.** Number of specialty cash registers (lottery, Western Union, etc.): 0

**11.** Number of cash registers for grocery purchases:            1

**12.** Number of EBT point of sale devices*:            1
*Take photo of POS devices.*

**13.** ☒ YES   ☐ NO   Is food stored in a storage area out of the public view? **If yes**, include on the store sketch          800
and Obtain an estimated square footage of that space and note it here:

**14.** ☐ YES   ☒ NO   Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

**15.** ☐ YES   ☒ NO   Is food stored offsite? **If yes**, where:

**16.** ☐ YES   ☒ NO   Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or
vegetables? ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods ☐ Vegetable
☐ Others

**17.** ☐ YES   ☒ NO   Does the store take telephone, online orders, or other?
☐ Telephone ☐ Online ☐ Other

**18.** ☐ YES   ☒ NO   Does the store offer delivery?

**19.** ☐ YES   ☒ NO   Does the store round transaction totals up or down at checkout?

**20.** List the four most expensive SNAP/EBT eligible food items ($5 or higher) offered for sale with their prices.  For each item listed, **take a close-up photo** showing the price sticker or other signage showing the price (e.g., store price list).

| | | | | | |
|---|---|---|---|---|---|
| Item 1: | GERBER | Item 1 Price: | $ 27.99 | Item 1 Unit: | 12.9 OZ |
| Item 2: | SIMILAC | Item 2 Price: | $ 35.99 | Item 2 Unit: | 23.2 OZ |
| Item 3: | SHRIMP | Item 3 Price: | $ 28.99 | Item 3 Unit: | 5 LBS |
| Item 4: | BUFFALO WINGS | Item 4 Price: | $ 21.99 | Item 4 Unit: | 10 LBS |

**21.** ☒ YES   ☐ NO   Were all questions in this section completed in collaboration with store personnel? **If no**, please explain in
comments.

## NON-FOOD STOCK AND SERVICES
### Mark any that are present
☒ Tobacco Products ☐ Alcohol ☐ Lottery Tickets ☐ Gasoline ☐ Mobile Phones/ Phone Cards ☐ Automobile products ☒ Health
and beauty aids ☒ Other (**Briefly describe items that are being carried in significant quantities**)☒

Cleaning Products;Housewares;ATM or money transfer service

## STORE CONDITIONS
### Mark all that apply. Take photos and explain scope of problem in comments section
☐ Empty/Broken/Unused coolers/freezers        ☐ Poor Lighting                ☐ Faded/Missing Labels
☐ Dusty Cans/Packages                ☐ Empty Shelves                ☐ Rusty Equipment
☐ Expired/outdated/spoiled food            ☐ Ice Crystals on Frozen Food        ☐ Other

**A.R. 96**

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD April 2016

**FOOD SERVICE INFORMATION**

**1.** ☒ YES   ☐ NO   Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment

**2.** ☐ YES   ☒ NO   Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.

**3.** ☐ YES   ☒ NO   Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo**.
☐ Chairs/Tables* ☐ Counter/Booth Seating ☐ Standup Tables
☐ Other _ ☐ Microwaves / Heating Sources
***Please indicate seating capacity for all applicable selections marked with an asterisk***

**4.** ☒ YES   ☐ NO   Is there a deli or prepared food section? **If yes, mark** all that apply and **take photo**.

☒ Prices Posted for Meats/Cheeses
☐ Prepared Salads
☒ Prepared/Made-to-Order Sandwiches
☐ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)

**5.** ☒ YES   ☐ NO   Is store stock being used in the deli/prepared food section? **If yes**, list the most common items that are being used:
LUNCH MEAT, VEGETABLES

**6.** ☐ YES   ☒ NO   Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer.

**COMMENTS:**

THEIR STORAGE IS IN THE BASEMENT

LUNCH MEAT - LB

**I certify to the best of my knowledge the information provided herein is true.**

**Reviewer** (Print or Type name): █████████████   **Signature** (Original in Ink): ███████████████

**Site Visit, or 1st attempt:**  Date 2/9/2018    Arrival Time 12: 10 ☐ am ☒ pm (*choose one*)

**Re-Visit, or 2nd attempt**(*if applicable)*:  Date //    Arrival Time : ☐ am ☐ pm (*choose one*)

**A.R. 97**

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | December 2010 - BRD/SNAP |
|---|---|---|

**Store Name:** ███████    **FNS Number:** ███████

### DAIRY PRODUCTS

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
|---|---|---|---|
| BUTTER | 11 | UNITS | ✔ |
| CHEESE - COW / GOAT / SHEEP MILK BASED | 20+ | BOTH | ✔ |
| INFANT FORMULA - DAIRY /COW'S MILK BASED | 20+ | UNITS | |
| MILK - POWDERED, CANNED, FRESH COW'S MILK / HALF AND HALF | 20+ | UNITS | ✔ |
| SOY INFANT FORMULA - SOY FORMULA BASED | 20+ | UNITS | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| MORE THAN 10 DAIRY VARIETIES STOCKED | | | |

### Meats, Poultry, Fish - canned, fresh, frozen, dried, processed, pickled

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
|---|---|---|---|
| CHICKEN | 20+ | BOTH | ✔ |
| BEEF - BEEF / VEAL | 20+ | BOTH | ✔ |
| EGGS - CHICKEN EGGS | 15 | UNITS | ✔ |
| PORK | 20+ | BOTH | ✔ |
| SALMON | 4 | UNITS | |
| SARDINES | 20+ | UNITS | |
| TUNA | 20+ | UNITS | |
| TURKEY | 20+ | BOTH | ✔ |
| SHRIMP | 2 | UNITS | ✔ |
| TILAPIA | 1 | UNITS | ✔ |
| MORE THAN 10 MEAT/POULTRY/FISH VARIETIES STOCKED | | | |

### BREADS OR CEREALS

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
|---|---|---|---|
| BAKING MIX - WHEAT BASED (PANCAKE/WAFFLE/ETC.) | 4 | UNITS | |
| BREAD - LOAF BREAD | 20+ | UNITS | ✔ |
| BUNS / ROLLS | 20+ | UNITS | ✔ |
| COLD CEREAL - CORN BASED | 20+ | UNITS | |
| COLD CEREAL - OATS  BASED | 20+ | UNITS | |
| COLD CEREAL - RICE BASED | 20+ | UNITS | |
| PASTA - WHEAT BASED | 20+ | UNITS | |
| RICE - RICE / RICE FLOUR / OTHER RICE BASED PRODUCT | 10 | UNITS | |
| WHEAT - FLOUR / PROCESSED WHEAT-BASED FOOD (PIZZA/SANDWICH/ETC.) / | 20+ | UNITS | ✔ |
| INFANT CEREAL - RICE BASED | 8 | UNITS | |
| | | | |
| MORE THAN 10 GRAINS VARIETIES STOCKED | | | |

### FRUIT / VEGETABLES - Fresh, frozen, canned, pickled, dried, 100% juice, puree

| ITEM | COUNT | UNITS, LBS, BOTH. | PERISHABLE |
|---|---|---|---|
| APPLE | 20+ | UNITS | ✔ |
| GRAPES - GRAPES / RAISINS | 20+ | UNITS | ✔ |
| PEACHES | 20+ | UNITS | |
| PINEAPPLE | 20+ | UNITS | ✔ |
| PEARS | 20+ | UNITS | |
| ORANGES | 20+ | UNITS | ✔ |
| BEANS | 20+ | UNITS | |
| CARROTS - CARROTS / CARROT  BASED SOUP | 20+ | UNITS | |
| PEAS- CHICKPEAS/LENTILS/PEAS | 20+ | UNITS | |
| ONIONS | 20+ | UNITS | ✔ |
| TOMATOES - TOMATOES / TOMATO SOUP / SAUCE / RAVIOLI / | 20+ | UNITS | ✔ |
| POTATOES - POTATOES / POTATO BASED SOUP/ OTHER POTATO BASED | 20+ | UNITS | ✔ |
| LETTUCE | 4 | UNITS | ✔ |
| CELERY - CELERY / CELERY BASED SOUP | 3 | UNITS | ✔ |
| | | | |
| MORE THAN 10 FRUIT/ VEGETABLE VARIETIES STOCKED | | | |

**Reviewer (Print Name):** ███████

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt:  2/9/2018

*(If applicable)* Re-Visit or 2nd attempt:  Date: //

**A.R. 98**

U.S. Department of Agriculture - Food and Nutrition Service

**FNS#** 

**Store Name:** ▮▮▮▮▮▮▮▮

### Supplemental Nutrition Assistance Program (SNAP)
### Store Visit Contract
### <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of ▮▮▮▮▮▮▮.

I completed my review of this store at **<u>2/9/2018</u>**

The digital images accurately portray the situation at the named store on the given

date and time.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature of On-Site Reviewer

## <u>ISN CORPORATION</u>
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewe 

▮▮▮▮▮▮▮▮

**A.R. 99**

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS# ▓▓▓▓▓▓▓▓▓▓▓▓▓   **Store Name** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- I understand that the USDA Food and Nutrition Service (FNS) or its Contractor, Information Systems and Networks (ISN), are authorized to conduct a visit of my store for purposes connected to my SNAP authorization.
- There is **no charge** to me for this visit.
- FNS or its Contractors may **NOT** sell (or refer me to sellers of) point-of-sale EBT equipment or any other services.
- I will immediately report any attempt to charge for this visit or to market/sell services or EBT equipment to SNAP Retailer Service Center at 1 (877) 823-4369.

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , give my consent for FNS or its Contractor to
       (Print Name)

review this store - to take photographs, to sketch the store layout, and to collect other information in

connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

▓▓▓▓▓▓▓▓▓▓▓▓▓         3/0/18       OWNER

**Signature**                     **Date**          **Title**

---

# STORE REVIEW REFUSAL FORM

> **Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____ , refuse to give my consent for a store review and
      (Print Name)

understand that my refusal means that this store will not be eligible to participate in the Supplemental

Nutrition Assistance Program (SNAP) without a complete review.

**Signature**                     **Date**          **Title**

**A.R. 100**

Store Name [REDACTED]                              Date 2/9/2018



The Store Sketch should outline the general store layout and include, at a minimum: all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on sketch. Handwriting must be clear, legible (block printing is preferred) and dark enough to appear in photo/scan.

**A.R. 101**






**A.R. 102**






A.R. 103









**A.R. 104**

Store Name  AAA Grocery                     Date  2/8/2018

**Storage**

**Deli**

**Prepared food**

**Butter**
**Cheese**
**Fresh Veg**
**Fresh Fruit**

**Pork**
**Eggs**

**Canned Meat**
**Canned Fish**

**Cereal**
**Pasta**
**Rice**
**Corn Meal**
**Flour/Baking Mix**
**Infant Cereal**

**NON FOOD**

**VEGETABLE**

**Milk**

**Bread**

**Canned Fruit**
**Canned Veg**
**Soup**

**Beef**
**Chicken**
**Frozen Fish**

**Entrance**

**Checkout/ Register**
**Barrier**
**Tobacco**

**Infant Formula**

**Entrance**

The Store Sketch should outline the general store layout and include, at a minimum: all store entrances, cash registers and checkout areas, staple foods - labeled with specific labels, and non-food items with specific labels for categories listed on Survey form. Storage Areas where FOOD is stored should also be shown on sketch. Handwriting must be clear, legible (block printing is







**A.R. 105**









A.R. 106






**A.R. 107**






**A.R. 108**









**A.R. 109**

## STORE REVIEW CONSENT FORM

- I understand that the USDA Food and Nutrition Service (FNS) or its Contractor, Information Systems and Networks (ISN), are authorized to conduct a visit of my store for purposes connected to my SNAP authorization.
- There is no charge to me for this visit.
- FNS or its Contractors may **NOT** sell (or refer me to sellers of) point-of-sale EBT equipment or any other services.
- I will immediately report any attempt to charge for this visit or to market/sell services or EBT equipment to SNAP Retailer Service Center at 1-(877)-823-4369.

████████████████████████, give my consent for FNS or its Contractor to review this store - to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

████████████      2/9/18      owesssen
                  Date          Title

## STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____, refuse to give my consent for a store review and
        (Print Name)
understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____      _____      _____
Signature            Date                Title







A.R. 110






A.R. 111






**A.R. 112**





**A.R. 113**

Survey Form for FNS or Authorized Agent Use Only – U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

Case 1:20-cv-01346-GLR   Document 11-2   Filed 11/12/20   Page 115 of 151

**FNS Number:** ▮▮▮▮▮▮

### GENERAL STORE INFORMATION (as provided by FNS)

**Store Name:** ▮▮▮▮▮▮

**Store Address:** ▮▮▮▮▮▮                **Telephone No:** ▮▮▮▮▮▮
                                         **County:**

**City/State/Zip  Code:** ▮▮▮▮ , ▮▮▮▮

**Days/Hours of Operation:** M0900A-0900P; Tu0900A-0900P; W0900A-0900P; Th0900A-0900P; F0900A-0900P; Sa0900A-0900P; Su0900A-0900P

---

### GENERAL STORE INFORMATION

**Store Name** (as provided by store personnel): ▮▮▮▮

**Store Name as Posted on Outside Signage**: ▮▮▮▮

**Store Owner Name(s)** (as provided by store personnel): ▮▮▮▮

**Store Telephone No** (as  provided by store personnel): ▮▮▮▮

**Store Email** (as provided by store personnel): Unknown

**Store Webpage** (as  provided by store personnel): Does Not Exist

**Store Days & Hours of Operation** (as provided by store personnel):
*Place an "x" next to each day that the store is <u>open</u>.  Record the Hours of Operation, indicating "am" or "pm" as appropriate.*

| Check | Day | Open | | Close |
|---|---|---|---|---|
| ☒ | **Monday** | 09:00 AM | **to** | 09:00 PM |
| ☒ | **Tuesday** | 09:00 AM | **to** | 09:00 PM |
| ☒ | **Wednesday** | 09:00 AM | **to** | 09:00 PM |
| ☒ | **Thursday** | 09:00 AM | **to** | 09:00 PM |
| ☒ | **Friday** | 09:00 AM | **to** | 09:00 PM |
| ☒ | **Saturday** | 09:00 AM | **to** | 09:00 PM |
| ☒ | **Sunday** | 09:00 AM | **to** | 09:00 PM |

**Store Cross Streets:** ▮▮▮▮

---

### GENERAL STORE CHARACTERISTICS

**1.** What is the estimated square footage of the store?        700 SF

**2.** Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
Provided by Store Personnel

**3.** ☐ YES   ☒ NO        Are optical scanners used at checkout?

**4.** ☐ YES   ☒ NO        Are shopping baskets available for customers? **If yes\***, how many?
*\*Take photo of shopping baskets*

**5.** ☐ YES   ☒ NO        Are shopping carts available for customers? **If yes\***, how many?
*\*Take photo of shopping carts*

**6.** ☒ YES   ☐ NO        Does the store operate through a night window or plastic barrier? **If yes, take photo** of night window or plastic barrier.

**7.** ☐ YES   ☒ NO        Is there evidence of wholesale business, such as posted prices or separate  entrances for wholesalers? **If yes**, provide evidence in comments section.

**8.** ☐ YES   ☒ NO        Typically, stores end prices with "x9" cents (e.g., $.99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

**NOTE FOR REVIEWER:** The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered.   Please address any discrepancies in the comments section.

A. R. 114

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

## GENERAL STORE CHARACTERISTICS

**9.** Number of check-out counters/areas*:                    1
*Take photo of check-out counters/areas.*


**10.** Number of specialty cash registers (lottery, Western Union, etc.): 0

**11.** Number of cash registers for grocery purchases:            1

**12.** Number of EBT point of sale devices*:            1
*Take photo of POS devices.*

**13.** ☐ YES   ☒ NO   Is food stored in a storage area out of the public view? **If yes**, include on the store sketch
and Obtain an estimated square footage of that space and note it here:

**14.** ☒ YES   ☐ NO   Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

**15.** ☐ YES   ☒ NO   Is food regularly sold by the store currently stored at locations other than the store itself? **If yes**, where:

**16.** ☐ YES   ☒ NO   Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or
vegetables? ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods ☐ Vegetable
☐ Others

**17.** ☐ YES   ☒ NO   Does the store take telephone, online orders, or other?
☐ Telephone ☐ Online ☐ Other

**18.** ☐ YES   ☒ NO   Does the store offer delivery?

**19.** ☐ YES   ☒ NO   Does the store round transaction totals up or down at checkout?

**20.** ☐ YES   ☒ NO   Does the store sell items as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take**
photo of the items, their prices, and store flyer. In addition, **take photos of these items** that are **located in
storage areas** to best display the store's depth of stock.

**21.** Excluding meat bundles, seafood specials, and fruit/vegetable boxes, list the four most expensive SNAP eligible food items ($5 or
higher) offered for sale. For the items listed below **take a photo** with priority on the **item's depth of stock on display** (e.g., store
shelving) and **items located in storage areas**. When possible, include the **item's price**. (e.g., store price list, price sticker).

| Item | Price | Unit | Count < 10 Units | 10+ Units in stock |
|------|-------|------|------------------|--------------------|
| SIMILAC | $ 26.99 | 12.4 OZ | | ☒ |
| NESCAFE | $ 13.00 | 10.5 OZ | 8 | ☐ |
| MUSSELS | $ 7.00 | 2 LBS | 4 | ☐ |
| TILAPIA | $ 14.99 | 3 LBS | 1 | ☐ |

**22.** ☒ YES   ☐ NO   Were all questions in this section completed in collaboration with store personnel? **If no**, please explain in
comments.

---

### NON-FOOD STOCK AND SERVICES
**Mark any that are present**

☐ Gasoline   ☐ Lottery Tickets   ☒ Tobacco Products   ☐ Alcohol   ☐ Mobile Phones/ Phone Cards   ☐ Automobile products
☒ Health and beauty aids   ☒ Other  (*Briefly describe items that are being carried in significant quantities*)☐

Paper Goods;Cleaning Products;ATM or money transfer service
_____

---

### STORE CONDITIONS
**Mark all that apply. Take photos and explain scope of problem in comments section**

☐ Empty/Broken/Unused coolers/freezers          ☐ Poor Lighting          ☐ Faded/Missing Labels
☐ Dusty Cans/Packages          ☐ Empty Shelves          ☐ Rusty Equipment
☐ Expired/outdated/spoiled food          ☐ Ice Crystals on Frozen Food          ☐ Other   **A.R. 115**

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

**FOOD SERVICE INFORMATION**

**1.** ☒ YES   ☐ NO   Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment

**2.** ☒ YES   ☐ NO   Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.

**3.** ☒ YES   ☐ NO   Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo**.
　　　　　　　　　☐ Chairs/Tables*    ☐ Counter/Booth Seating    ☐ Standup Tables
　　　　　　　　　☐ Other _    ☒ Microwaves / Heating Sources
　　　　　　　　　***Please indicate seating capacity for all applicable selections marked with an asterisk**

**4.** ☒ YES   ☐ NO   Is there a deli or prepared food section? **If yes, mark** all that apply and **take photo**.

　　　　　　　　　☒ Prices Posted for Meats/Cheeses
　　　　　　　　　☐ Prepared Salads
　　　　　　　　　☒ Prepared/Made-to-Order Sandwiches
　　　　　　　　　☐ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)

**5.** ☒ YES   ☐ NO   Is store stock being used in the deli/prepared food section? **If yes**, list the most common items that are being used:
　　　　　　　　　DELI MEATS, CHEESE, LETTUCE, TOMATOES

**6.** ☐ YES   ☒ NO   Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer.

**COMMENTS:**

NARROW AISLES OF THE STORE DID NOT HELP IN GETTING A STRAIGHT TOP TO BOTTOM PHOTOS.

**I certify to the best of my knowledge the information provided herein is true.**

**Reviewer** (Print or Type) ██████████    **Signature** (Original in Ink): ██████████

**Site Visit, or 1st attempt:** Date 9/19/2018    Arrival Time 01: 00 ☐ am ☒ pm (*choose one*)

**Re-Visit, or 2nd attempt**(*if applicable*)**:** Date //    Arrival Time : ☐ am ☐ pm (*choose one*)

**A.R. 116**

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | August 2018 - RPMD/SNAP |
| --- | --- | --- |

**Store Name:** ▉▉▉▉▉▉▉▉                   **FNS Number:** ▉▉▉▉▉▉

### BREAD OR CEREALS

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
| --- | --- | --- | --- |
| BREAD - LOAF BREAD | 20+ | UNITS | ✓ |
| WHEAT - FLOUR / PROCESSED WHEAT-BASED FOOD (PIZZA/SANDWICH/ETC.) / | 17 | UNITS | ✓ |
| RICE - RICE / RICE FLOUR / OTHER RICE BASED PRODUCT | 20+ | UNITS | |
| PASTA - WHEAT BASED | 20+ | UNITS | |
| COLD CEREAL - OATS  BASED | 17 | UNITS | |
| INFANT CEREAL - WHEAT BASED | 12 | UNITS | |
| HOT CEREAL - WHEAT BASED | 11 | UNITS | |
| COLD CEREAL - WHEAT  BASED | 10 | UNITS | |
| COLD CEREAL - CORN BASED | 9 | UNITS | |
| COLD CEREAL - RICE BASED | 6 | UNITS | |
| | | | |
| MORE THAN 10 GRAINS VARIETIES STOCKED | | | ✓ |

### MEATS, POULTRY, FISH - Fresh, frozen, canned, pickled, dried, processed

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
| --- | --- | --- | --- |
| BEEF - BEEF/ VEAL | 20+ | UNITS | ✓ |
| CHICKEN | 20+ | UNITS | ✓ |
| EGGS - CHICKEN EGGS | 20+ | UNITS | ✓ |
| PORK | 20+ | UNITS | ✓ |
| TURKEY | 20+ | UNITS | ✓ |
| SARDINES | 18 | UNITS | |
| TUNA | 9 | UNITS | |
| SALMON | 8 | UNITS | |
| HERRING | 5 | UNITS | |
| MUSSELS | 4 | UNITS | ✓ |
| FLOUNDER | 2 | UNITS | ✓ |
| MORE THAN 10 MEAT/POULTRY/FISH VARIETIES STOCKED | | | ✓ |

### DAIRY

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
| --- | --- | --- | --- |
| MILK - POWDERED, CANNED, FRESH COW'S MILK / HALF AND HALF | 20+ | UNITS | ✓ |
| BUTTER SUBSTITUTE - MARGARINE OR NON-DAIRY SPREAD | 20+ | UNITS | ✓ |
| CHEESE - COW / GOAT / SHEEP MILK BASED | 20+ | UNITS | ✓ |
| BUTTER | 11 | UNITS | ✓ |
| SOUR CREAM | 2 | UNITS | ✓ |
| INFANT FORMULA - DAIRY /COW'S MILK BASED | 20+ | UNITS | |
| SOY INFANT FORMULA - SOY FORMULA BASED | 10 | UNITS | |
| | | | |
| | | | |
| MORE THAN 10 DAIRY VARIETIES STOCKED | | | |

### FRUIT / VEGETABLES - Fresh, frozen, canned, pickled, dried, 100% juice, puree

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
| --- | --- | --- | --- |
| APPLE | 20+ | UNITS | ✓ |
| BANANAS | 20+ | UNITS | ✓ |
| ORANGES | 20+ | UNITS | ✓ |
| ONIONS | 20+ | UNITS | ✓ |
| POTATOES - POTATOES / POTATO BASED SOUP/ OTHER POTATO BASED | 20+ | UNITS | ✓ |
| TOMATOES - TOMATOES / TOMATO SOUP / SAUCE / RAVIOLI / | 20+ | UNITS | ✓ |
| LEMONS | 10 | UNITS | ✓ |
| CARROTS - CARROTS / CARROT  BASED SOUP | 7 | UNITS | ✓ |
| PEPPERS -BELL PEPPERS / OTHER PEPPERS | 6 | UNITS | ✓ |
| LETTUCE | 5 | UNITS | ✓ |
| CELERY - CELERY / CELERY BASED SOUP | 4 | UNITS | ✓ |
| CABBAGE - CABBAGE / SAUERKRAUT | 1 | UNITS | ✓ |
| PEAS- CHICKPEAS/LENTILS/PEAS | 20+ | UNITS | |
| NUTS/SEEDS – PEANUTS/ALMONDS/SUNFLOWER | 20+ | UNITS | |
| MORE THAN 14 FRUIT/ VEGETABLE VARIETIES STOCKED | | | ✓ |

Reviewer (Print Name): ▉▉▉▉▉▉▉▉

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1st attempt:  9/19/2018

*(If applicable)* Re-Visit or 2nd attempt:  Date: //

**A.R. 117**

U.S. Department of Agriculture - Food and Nutrition Service

**FNS#** █████████

**Store Name:** █████████████

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of ██████████████.

I completed my review of this store at **<u>9/19/2018</u>**

The digital images accurately portray the situation at the named store on the given

date and time.



Signature of On-Site Reviewer

## <u>ISN CORPORATION</u>
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; ████████████

**A.R. 118**

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS# ████████████     **Store Name** ██████████████

- I understand that the USDA Food and Nutrition Service (FNS) or its Contractor, Information Systems and Networks (ISN), are authorized to conduct a visit of my store for purposes connected to my SNAP authorization.
- There is **no** charge to me for this visit.
- FNS or its Contractors may **NOT** sell (or refer me to sellers of) point-of-sale EBT equipment or any other services.
- I will immediately report any attempt to charge for this visit or to market/sell services or EBT equipment to SNAP Retailer Service Center at 1 (877) 823-4369.

I, ████████████████████████████, give my consent for FNS or its Contractor to
      (Print Name)

review this store – to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

████████████████          9/19/18        Owner
Signature                 Date           Title

# STORE REVIEW REFUSAL FORM

> **Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____, refuse to give my consent for a store review and
           (Print Name)

understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____          _____          _____
Signature                     Date                  Title

**A.R. 119**

USDA SNAP Store Visit Sketch          FNS # __ __ __ __ __ __ __

Store Name ████████████████          Date   09/19/2018

| | |
|---|---|
| FROZEN FISH | BREAD   KITCHEN   MEAT SLICER |

FROZEN
FISH

BREAD

HOTPOCKETS
FROZEN
PIZZA

FRESH VEG
& FRUITS     MEATS     FRESH VEG   EGGS     CHEESE

KITCHEN     MEAT SLICER

HOT FOOD   COOKING AREA

PAPER
GOODS

CLEANING
PRODUCTS

CHIPS

INFANT
CEREAL

INFANT
FOOD

COFFEE

JUICE

CAN FRUIT

CAN FRUIT
CAN VEG
HOT CEREAL
BAKING MIX

CAN FISH
TOMATO
PRODUCTS

RICE
CEREAL

RAMEN

MILK

EGGS

MEATS

FRESH VEG
FRESH FRUIT

MARGARINE
BUTTER

JUICE

SODA

WATER

SODA

NUTS&SEEDS

HEALTH & BEAUTY

TOBACCO          EBT

CHECKOUT AREA

CANDY            REGISTER

SIMILAC

ENTRANCE

ICE CREAM

ATM

This sketch should show:

General store layout (number of aisles, freezers, counters)

All Entrances and Checkout Areas

Specific food labels, examples: Can veg, milk, beef, chicken fresh fruit

Survey items: Storage, microwave, kitchen, prep areas, deli case, hot food, tobacco, alcohol, lottery, seating areas

Labels should be neatly PRINTED (block lettering), UPRIGHT not sideways or in 4 different directions

Revised 1/7/18

**A.R. 120**









A.R. 121






A.R. 122









**A.R. 123**









A.R. 124







A.R. 125

USDA SNAP Store Visit Sketch    FNS # __ __ __ __ __ __ __

Store Name _____    Date __09/19/2018__

| | | | KITCHEN | MEAT SLICER | |
|---|---|---|---|---|---|
| FROZEN FISH | BREAD | | | HOT FOOD | COOKING AREA |
| HOTPOCKETS FROZEN PIZZA | FRESH VEG & FRUITS | MEATS | FRESH VEG | EGGS | CHEESE |
| | | | | | MILK |
| | | | | | EGGS |
| PAPER GOODS | | INFANT CEREAL | CAN FRUIT CAN VEG HOT CEREAL BAKING MIX | | MEATS |
| CLEANING PRODUCTS | | INFANT FOOD | | | FRESH VEG FRESH FRUIT |
| | | | CAN FISH TOMATO PRODUCTS | | MARGARINE BUTTER |
| CHIPS | | COFFEE | | | JUICE |
| | | JUICE | RICE CEREAL | | SODA |
| | | CAN FRUIT | | | WATER |
| | | | RAMEN | | SODA |
| | | | | | NUTS&SEEDS |
| HEALTH & BEAUTY | | | | | |
| TOBACCO | | | EBT | | ICE CREAM |
| CANDY | | CHECKOUT AREA REGISTER SIMILAC | | | ATM |
| | | | ENTRANCE | | |

This sketch should show:
General store layout (number of aisles, freezers, counters)
All Entrances and Checkout Areas
Specific food labels, examples: Can veg, milk, beef, chicken fresh fruit
Survey items: Storage, microwave, kitchen, prep areas, deli case, hot food, tobacco, alcohol, lottery, seating areas
Labels should be neatly PRINTED (block lettering), UPRIGHT not sideways or in 4 different directions

Revised 1/7/18

U.S. Department of Agriculture – Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS ████████

- I understand that the USDA Food and Nutrition Service (FNS) or its Contractor, Information Systems and Networks (ISN), are authorized to conduct a visit of my store for purposes connected to my SNAP authorization.
- There is no charge to me for this visit.
- FNS or its Contractors may **NOT** sell (or refer me to sellers of) point-of-sale EBT equipment or any other services.
- I will immediately report any attempt to charge for this visit or to market/sell services or EBT equipment to ████████ (877) 823-4369.

████████, give my consent for FNS or its Contractor to review this store –to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

████████       9/19/18       Owner
Signature              Date              Title

---

## STORE REVIEW REFUSAL FORM

**Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____ (Print Name), refuse to give my consent for a store review and understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review.

Signature              Date              Title







A.R. 126









**A.R. 127**









**A.R. 128**






**A.R. 129**






**A.R. 130**



**A.R. 131**

Survey Form for FNS or Authorized Agent Use Only – U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

Case 1:20-cv-01346-GLR Document 11-2 Filed 11/12/20 Page 133 of 151

**FNS Number:** 0429195

## GENERAL STORE INFORMATION (as provided by FNS)

| | |
|---|---|
| **Store Name:** | Brother Convenience Store, Inc. |

| **Store Address:** | 3358 Greenmount Ave | **Telephone No:** | 6672051042 |
|---|---|---|---|
| | | **County:** | BALTIMORE CITY |

| **City/State/Zip Code:** | Baltimore, MD 21218 |
|---|---|
| **Days/Hours of Operation:** | Open 7 days, 24 hours |

## GENERAL STORE INFORMATION

| | |
|---|---|
| **Store Name** (as provided by store personnel): | BROTHERS CONVENIENCE STORE |
| **Store Name as Posted on Outside Signage:** | BROTHERS CONVENIENCE STORE |
| **Store Owner Name(s)** (as provided by store personnel): | HESHAM A GHALEB |
| **Store Telephone No** (as provided by store personnel): | (667) 205-1042 |
| **Store Email** (as provided by store personnel): | Unknown |
| **Store Webpage** (as provided by store personnel): | Does Not Exist |

**Store Days & Hours of Operation** (as provided by store personnel):
*Place an "x" next to each day that the store is __open__. Record the Hours of Operation, indicating "am" or "pm" as appropriate.*

| Check | | Day | Open | | Close |
|---|---|---|---|---|---|
| | ☒ | **Monday** | 07:00 AM | **to** | 12:00 AM |
| | ☒ | **Tuesday** | 07:00 AM | **to** | 12:00 AM |
| | ☒ | **Wednesday** | 07:00 AM | **to** | 12:00 AM |
| | ☒ | **Thursday** | 07:00 AM | **to** | 12:00 AM |
| | ☒ | **Friday** | 07:00 AM | **to** | 12:00 AM |
| | ☒ | **Saturday** | 07:00 AM | **to** | 12:00 AM |
| | ☒ | **Sunday** | 07:00 AM | **to** | 12:00 AM |

**Store Cross Streets:** GREENMOUNT AVE AND 34TH ST

## GENERAL STORE CHARACTERISTICS

**1.** What is the estimated square footage of the store? 616

**2.** Please indicate how the store square footage was estimated (e.g. visual, measuring tool, etc.):
Counted floor/ceiling tiles

**3.** ☐ YES  ☒ NO  Are optical scanners used at checkout?

**4.** ☒ YES  ☐ NO  Are shopping baskets available for customers? **If yes\***, how many?  2
*\*Take photo of shopping baskets*

**5.** ☐ YES  ☒ NO  Are shopping carts available for customers? **If yes\***, how many?
*\*Take photo of shopping carts*

**6.** ☒ YES  ☐ NO  Does the store operate through a night window or plastic barrier? **If yes, take photo** of night window or plastic barrier.

**7.** ☐ YES  ☒ NO  Is there evidence of wholesale business, such as posted prices or separate entrances for wholesalers? **If yes**, provide evidence in comments section.

**8.** ☐ YES  ☒ NO  Typically, stores end prices with "x9" cents (e.g., $.99, $1.49, $1.29). Does the store have an unusual price structure, such as ending most product prices with ".00" cents? If yes, take photo(s) of product prices and explain unusual price structure in comments.

**A.R. 132**

**NOTE FOR REVIEWER:** The remainder of the form is to be completed by the reviewer in collaboration with store personnel in order to ensure accuracy of the store information entered. Please address any discrepancies in the comments section.

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

**GENERAL STORE CHARACTERISTICS**

**9.** Number of check-out counters/areas*:                          1
***Take photo of check-out counters/areas.**

**10.** Number of specialty cash registers (lottery, Western Union, etc.): 0

**11.** Number of cash registers for grocery purchases:             1

**12.** Number of EBT point of sale devices*:             1
***Take photo of POS devices.**

**13.**☒ YES     ☐ NO     Is food stored in a storage area out of the public view? **If yes**, include on the store sketch     392
and Obtain an estimated square footage of that space and note it here:

**14.**☐ YES     ☒ NO     Does the store have any storage coolers or Freezers? **If yes, take photo** with doors open to show contents.

**15.**☐ YES     ☒ NO     Is food regularly sold by the store currently stored at locations other than the store itself? **If yes**, where:

**16.**☐ YES     ☒ NO     Is this store primarily selling one food type such as meat, poultry, dairy, seafood, fruits, baked goods, or
vegetables?  ☐ Meat ☐ Poultry ☐ Dairy ☐ Seafood ☐ Fruits ☐ Baked Goods ☐ Vegetable
☐ Others

**17.**☐ YES     ☒ NO     Does the store take telephone, online orders, or other?
☐ Telephone ☐ Online ☐ Other

**18.**☐ YES     ☒ NO     Does the store offer delivery?

**19.**☐ YES     ☒ NO     Does the store round transaction totals up or down at checkout?

**20.**☐ YES     ☒ NO     Does the store sell items as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take**
photo of the items, their prices, and store flyer. In addition, **take photos of these items** that are **located in
storage areas** to best display the store's depth of stock.

**21.** Excluding meat bundles, seafood specials, and fruit/vegetable boxes, list the four most expensive SNAP eligible food items ($5 or
higher) offered for sale. For the items listed below **take a photo** with priority on the **item's depth of stock on display** (e.g., store
shelving) and **items located in storage areas**. When possible, include the **item's price**. (e.g., store price list, price sticker).

| Item | Price | Unit | Count < 10 Units | 10+ Units in stock |
|------|-------|------|------------------|--------------------|
| MAXWELL HOUSE COFFEE | $ 5.49 | 10.5 OZ | 5 | ☐ |
| SIMILAC | $ 17.49 | 12.4 OZ | | ☒ |
| IBERIA VEGETABLE OIL | $ 9.99 | 96 OZ | 7 | ☐ |
| ARROZ RICE | $ 9.99 | 10 LB | | ☒ |

**22.**☒ YES     ☐ NO     Were all questions in this section completed in collaboration with store personnel? **If no**, please explain in
comments.

---

**NON-FOOD STOCK AND SERVICES**
**Mark any that are present**
☐ Gasoline   ☐ Lottery Tickets   ☒ Tobacco Products   ☐ Alcohol   ☒ Mobile Phones/ Phone Cards   ☐ Automobile products
☒ Health and beauty aids   ☒ Other  (***Briefly describe items that are being carried in significant quantities***)☐

Paper Goods;Cleaning Products;ATM or money transfer service

_____

---

**STORE CONDITIONS**
**Mark all that apply. Take photos and explain scope of problem in comments section**
☐ Empty/Broken/Unused coolers/freezers          ☐ Poor Lighting                    ☐ Faded/Missing Labels
☐ Dusty Cans/Packages                            ☒ Empty Shelves                    ☐ Rusty Equipment
☐ Expired/outdated/spoiled food                  ☐ Ice Crystals on Frozen Food      ☐ Other   **A.R. 133**

Survey Form for FNS or Authorized Agent Use Only   U.S. Department of Agriculture – Food and Nutrition Service SNAP/RPMD August 2018

## FOOD SERVICE INFORMATION

**1.** ☐ YES   ☒ NO   Is there a kitchen area and/or food preparation area? **If yes, take photo(s)** including equipment

**2.** ☐ YES   ☒ NO   Is hot food sold? **If yes, take photo** of hot food and menu or get copy of the menu, if available.

**3.** ☐ YES   ☒ NO   Is food sold for on-site consumption (Hot or Cold)? **If yes, mark** all that apply and **take photo**.
   ☐ Chairs/Tables*      ☐ Counter/Booth Seating      ☐ Standup Tables
   ☐ Other _      ☐ Microwaves / Heating Sources
   ***Please indicate seating capacity for all applicable selections marked with an asterisk***

**4.** ☐ YES   ☒ NO   Is there a deli or prepared food section? **If yes, mark** all that apply and **take photo**.

   ☐ Prices Posted for Meats/Cheeses
   ☐ Prepared Salads
   ☐ Prepared/Made-to-Order Sandwiches
   ☐ Other refrigerated foods (e.g., casseroles, chilled cooked chicken, etc.)

**5.** ☐ YES   ☒ NO   Is store stock being used in the deli/prepared food section? **If yes**, list the most common items that are being used:
   _____

**6.** ☐ YES   ☒ NO   Does the store sell items such as meat bundles, seafood specials, and/or fruit and vegetable boxes? **If yes, take photo** of the items, their prices, and store flyer.

**COMMENTS:**

STORE HOURS ARE AS LISTED BELOW ONLY.

STORE AISLES WERE ABOUT 2 FT WIDE AND TOP TO BOTTOM STRAIGHT SHOTS OF THE SHELVES WAS NOT POSSIBLE.

**I certify to the best of my knowledge the information provided herein is true.**

**Reviewer** (Print or Type) ████████        **Signature** (Original in Ink) ████████

**Site Visit, or 1st attempt:** Date 9/19/2018        Arrival Time 11: 40 ☒ am ☐ pm (*choose one*)

**Re-Visit, or 2nd attempt***(if applicable)*: Date //        Arrival Time : ☐ am ☐ pm (*choose one*)

**A.R. 134**

| Checklist for FNS or Authorized Agent Use Only | U.S. Department of Agriculture - Food and Nutrition Service | August 2018 - RPMD/SNAP |
|---|---|---|

**Store Name**: Brother Convenience Store, Inc.                **FNS Number**: 0429195

### BREAD OR CEREALS

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| WHEAT - FLOUR / PROCESSED WHEAT-BASED FOOD (PIZZA/SANDWICH/ETC.) / | 20+ | UNITS | ✓ |
| BREAD - LOAF BREAD | 10 | UNITS | ✓ |
| COLD CEREAL - CORN BASED | 20+ | UNITS | |
| COLD CEREAL - OATS  BASED | 20+ | UNITS | |
| COLD CEREAL - RICE BASED | 20+ | UNITS | |
| COLD CEREAL - WHEAT  BASED | 20+ | UNITS | |
| HOT CEREAL - OAT BASED | 20+ | UNITS | |
| RICE - RICE / RICE FLOUR / OTHER RICE BASED PRODUCT | 20+ | UNITS | |
| BAKING MIX - WHEAT BASED (PANCAKE/WAFFLE/ETC.) | 11 | UNITS | |
| HOT CEREAL - CORN BASED | 5 | UNITS | |
| | | | |
| MORE THAN 10 GRAINS VARIETIES STOCKED | | | |

### MEATS, POULTRY, FISH - Fresh, frozen, canned, pickled, dried, processed

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| BEEF - BEEF/ VEAL | 20+ | UNITS | ✓ |
| CHICKEN | 20+ | UNITS | ✓ |
| EGGS - CHICKEN EGGS | 13 | UNITS | ✓ |
| TURKEY | 5 | UNITS | ✓ |
| SARDINES | 20+ | UNITS | |
| TUNA | 20+ | UNITS | |
| SALMON | 11 | UNITS | |
| MACKEREL | 4 | UNITS | |
| | | | |
| | | | |
| MORE THAN 10 MEAT/POULTRY/FISH VARIETIES STOCKED | | | |

### DAIRY

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| MILK - POWDERED, CANNED, FRESH COW'S MILK / HALF AND HALF | 20+ | UNITS | ✓ |
| CHEESE - COW / GOAT / SHEEP MILK BASED | 18 | UNITS | ✓ |
| BUTTER | 6 | UNITS | ✓ |
| BUTTER SUBSTITUTE - MARGARINE OR NON-DAIRY SPREAD | 6 | UNITS | ✓ |
| INFANT FORMULA - DAIRY /COW'S MILK BASED | 10 | UNITS | |
| SOY INFANT FORMULA - SOY FORMULA BASED | 6 | UNITS | |
| | | | |
| | | | |
| | | | |
| | | | |
| MORE THAN 10 DAIRY VARIETIES STOCKED | | | |

### FRUIT / VEGETABLES - Fresh, frozen, canned, pickled, dried, 100% juice, puree

| VARIETY | COUNT | UNITS, LBS, BOTH. | F/F/R |
|---|---|---|---|
| APPLE | 20+ | UNITS | ✓ |
| ORANGES | 20+ | UNITS | ✓ |
| ONIONS | 20+ | UNITS | ✓ |
| PINEAPPLE | 13 | UNITS | ✓ |
| PEAS- CHICKPEAS/LENTILS/PEAS | 11 | UNITS | ✓ |
| CARROTS - CARROTS / CARROT  BASED SOUP | 10 | UNITS | ✓ |
| BANANAS | 8 | UNITS | ✓ |
| SPINACH | 8 | UNITS | ✓ |
| CORN - CORN / HOMINY / CORN BASED SOUP | 6 | UNITS | ✓ |
| POTATOES - POTATOES / POTATO BASED SOUP/ OTHER POTATO BASED | 5 | UNITS | ✓ |
| GREEN BEANS | 4 | UNITS | ✓ |
| BRUSSELS SPROUTS | 2 | UNITS | ✓ |
| BROCCOLI - BROCCOLI / BROCCOLI BASED SOUP | 2 | UNITS | ✓ |
| CUCUMBERS - CUCUMBERS / PICKLES | 20+ | UNITS | |
| MORE THAN 14 FRUIT/ VEGETABLE VARIETIES STOCKED | | | ✓ |

Reviewer (Print Name): ▮▮▮▮▮▮▮

☒ I certify to the best of my knowledge the information provided herein is true.

Site Visit or 1ˢᵗ attempt:  9/19/2018

*(If applicable)* Re-Visit or 2ⁿᵈ attempt:  Date: //

**A.R. 135**

U.S. Department of Agriculture - Food and Nutrition Service

**FNS#**  0429195

**Store Name:**   Brother Convenience Store, Inc.

## Supplemental Nutrition Assistance Program (SNAP)
## Store Visit Contract
## <u>Photographer's Certification Statement</u>

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **<u>Brother Convenience Store, Inc.</u>**

I completed my review of this store at **<u>9/19/2018</u>**

The digital images accurately portray the situation at the named store on the given

date and time.

Signature of On-Site Reviewer

## <u>ISN CORPORATION</u>
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewe 

**A.R. 136**

U.S. Department of Agriculture - Food and Nutrition Service

# STORE REVIEW CONSENT FORM

FNS# 0429195          Store Name BROTHER CONVENIENCE STORE INC

* I understand that the USDA Food and Nutrition Service (FNS) or its Contractor, Information Systems and Networks (ISN), are authorized to conduct a visit of my store for purposes connected to my SNAP authorization.
* There is **no** charge to me for this visit.
* FNS or its Contractors may **NOT** sell (or refer me to sellers of) point-of-sale EBT equipment or any other services.
* I will immediately report any attempt to charge for this visit or to market/sell services or EBT equipment to SNAP Retailer Service Center at 1 (877) 823-4369.

I, AMW G HAL IB                          , give my consent for FNS or its Contractor to
(Print Name)

review this store - to take photographs, to sketch the store layout, and to collect other information in connection with this store's participation in the Supplemental Nutrition Assistance Program (SNAP).

Signature          9/19/18          Manager
                   Date             Title

# STORE REVIEW REFUSAL FORM

> **Note: If you do not allow a store review to be conducted, your application may be denied or your permit may be withdrawn.**

I, _____ , refuse to give my consent for a store review and
(Print Name)

understand that my refusal means that this store will not be eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) without a complete review.

Signature          Date          Title

**A.R. 137**

USDA SNAP Store Visit Sketch                FNS #    0429195    ___  ___  ___  ___  ___

Store Name    BROTHER CONVENIENCE STORE, INC   Date   09/19/2018



STORAGE ROOM

JUICE     SODA   PAPER GOODS                JUICE

JUICE

SODA

PET FOOD

ICE

CLEANING
PRODUCTS

FROZEN VEG
HOT POCKETS
FROZEN MEAT
SANDWICJHES

RAMEN

JUICE          SODA

HOT CEREAL     NUTS & SEEDS
               RICE'
CAN MEAT       CAN JUICE
               BAKING MIX
TOMATO         TOMATO
PRODUCTS       PRODUCTS

JUICE
WATER

EGGS
MILK
CHEESE

CLOTHING

FLOUR          CEREAL'

CAN FISH       CAN VEG

CHIPS          CHIPS

MEATS
BUTTER
MARGARINE
LUNCHABLES

NUTS

CEREAL
BREAD

SHOPPING
BASKETS

ICE CREAM

HEALTH & BEAUTY
TOBACCO

COFFEE
PICKLES
FRESH VEG
NUTS

CHECKOUT AREA
                EBT

JERKY    SIMILAC

ENTRANCE           ATM   HOT COFFEE

This sketch should show:
General store layout (number of aisles, freezers, counters)
All Entrances and Checkout Areas
Specific food labels, examples: Can veg, milk, beef, chicken fresh fruit
Survey items: Storage, microwave, kitchen, prep areas, deli case, hot food, tobacco, alcohol, lottery, seating areas
Labels should be neatly PRINTED (block lettering), UPRIGHT not sideways or in 4 different directions

Revised 1/7/18

**A.R. 138**







A.R. 141





A.R. 143



A.R. 144





A.R. 146









