**Exhibit C**
**(Index)**

# INDEX OF EXHIBITS
## USDA/FNS OFFICIAL RECORD
## IN THE MATTER OF
## BROTHERS CONVENIENCE STORE, BALTIMORE, MD V. USDA

| | |
|---|---|
| A.R. 1-23 | FNS- STARS: View Store – 252 Application for authorization to redeem Supplemental Nutrition Assistance Program, dated July 8, 2013 |
| A.R. 24-28 | FNS- Electronic 252 Application for authorization to redeem Supplemental Nutrition Assistance Program, undated |
| A.R. 29-60 | FNS- Store visit dated November 2, 2013 |
| A.R. 61-94 | FNS- Store visit dated October 17, 2014 |
| A.R. 95-113 | FNS- Comparison Store visit dated February 9, 2018 |
| A.R. 114-131 | FNS- Comparison Store visit dated September 19, 2018 |
| A.R. 132-187 | FNS- Store visit dated September 19, 2018 |
| A.R. 188-242 | FNS- Store visit dated August 19, 2019 |
| A.R. 243-270 | ALERT case background |
| A.R. 271-294 | ALERT Case Analysis Document dated August 12, 2019 |
| A.R. 295-301 | FNS Charge letter dated November 26, 2019 |
| A.R. 302-303 | UPS Proof of Delivery dated November 27, 2019 |
| A.R. 304-377 | Retailer reply dated December 6, 2019 |
| A.R. 378-379 | Determination Analysis |
| A.R. 380-386 | Retailer Reply and Case Sanction Recommendation |
| A.R. 387-388 | FNS- Determination Letter dated February 25, 2020 |
| A.R. 387-393 | Request for Administrative Review dated March 2, 2020 |
| A.R. 394 | FNS- Letter acknowledging the Appellant's request for Administrative Review dated March 9, 2020 |
| A.R. 395 | UPS Proof of delivery of acknowledgement letter dated, March 10, 2020 |

A.R. 396-399        ARO Case Analysis Guide Sheet

A.R. 400-414        Final Agency Decision dated May 5, 2020

A.R. 415            UPS Proof of Final Agency Decision dated May 6, 2020