IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Brother Convenience Store, Inc. et al | * | |
|     Plaintiff | * | Case No.1:20-cv-01346-GLR |
| v. | * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE | * * | |
|     Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONSENT MOTION FOR EXTENTION OF TIME

The parties have consented to a 60-day extension of time to file the Plaintiff's Response to the Defendant's Motion of to Dismiss the Amended Complaint, in the alternative for Summary Judgment. The Plaintiff's counsel is in need of additional time due corona virus related matters as well as death of a loved one and will not be able to file a response by November 25, 2020.

    Respectfully,

By: \_\_\_\_\_/s/\_\_\_\_\_
    Jessie Lyons Crawford (8906140044)
    Law Office of Jessie Lyons Crawford
    2601 Maryland Avenue
    Baltimore, Maryland 21218
    Attorneyjlcrawford@verizon.net

By: \_\_\_\_\_/s/\_\_\_\_\_
Alan C. Lazerow (Bar No. 29756)
Assistant United States Attorney
36 S. Charles St., 4th Floor Baltimore, Maryland 21201 (410) 209-4800
Alan.Lazerow@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Brother Convenience Store, Inc. et al | * | |
| Plaintiff | * | Case No.1:20-cv-01346-GLR |
| .v. | * | |
| | * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE | * * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

HAVING READ AND CONSIDERED parties consent motion for an extension of time to respond to Defendants Motion to Dismiss or In The Alternative for Summary Judgment, and for good cause shown, it is, this _____ day of _____ 2020,

ORDERED, that the Motion is GRANTED, it is further

ORDERED, that plaintiffs ʼshall respond to the Defendant's motion by January 30, 2021.

_____

Judge George Levi Russell, III, United States District Judge