IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Brother Convenience Store, Inc. et al | * | |
| Plaintiff | * | Case No.1:20-cv-01346-GLR |
| .v. | * | |
| | * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE | * * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

HAVING READ AND CONSIDERED the parties' Consent Motion for Extension of Time to respond to Defendant's Motion to Dismiss or In The Alternative for Summary Judgment, and for good cause shown, it is, this 2nd day of December, 2020, hereby:

ORDERED that the Motion (ECF No. 13) is GRANTED; and

IT IS FURTHER ORDERED that plaintiffs shall respond to Defendant's Motion by January 30, 2021.

_____/s/_____
George Levi Russell, III
United States District Judge