IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **BROTHER CONVENIENCE STORE, INC., HERSHAM A. GHALEB AND MAHED A. GHALEB**<br><br>**PLAINTIFFS**<br><br>V.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; C/O SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture<br><br>**DEFENDANT** | Civil Case No.: 1:20-cv-01346 |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGEMENT

NOW COMES, Brother Convenience Store, Inc., Hersham A. Ghaleb, and Mahed A. Ghaleb (hereinafter "Plaintiffs", collectively), by and through their undersigned counsel, and moves this Court for an Extension of Time to Respond to Defendant's Motion to Dismiss Or In The Alternative for Summary Judgement, and for reasons state:

1. Plaintiffs response to the Defendant Motion to Dismiss or In the Alternative for Summary Judgment (the "Motion"), is due on February 1, 2021.

2. Undersigned counsel, with the Defendant's consent, is requesting a brief extension of time to file their response. The basis for this request is that undersigned counsel suffered injuries as a result of a fall, wherein she broke her wrist and thumb, in addition to other injuries. Moreover, undersigned counsel has been under a doctor's care, however, she is still experiencing complications.

3. Undersigned counsel is a sole practitioner and does not have alternative counsel that can assist with drafting the response. Undersigned counsel has made a good faith effort to complete the response but was unable to at the filing of this Motion.

4. Plaintiffs are therefore requesting a twenty (20) days extension of time to file their responsive pleadings.

5. Undersigned counsel conferred with defense counsel, and he was gracious enough to consent.

6. Plaintiff is not filing this motion to unduly delay these proceedings. Judicial economy would be served by the granting of this motion. Plaintiffs will suffer extreme prejudice if this motion were denied.

WHEREFORE, Plaintiffs respectfully request that the Motion be granted, and for such further relief as may be deemed just and proper.

Respectfully Submitted,

/s/ Jessie Lyons Crawford

_____
**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL FOR PLAINTIFFS**
Federal Bar No.: 25247
THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
F: 410-662-1238
E. attorneyjlcrawford@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day a copy of the Plaintiffs Motion for Extension of Time was served on counsel of record for the defendant's via the Court's ECF filing system.

/s/ Jessie Lyons Crawford

_____
**JESSIE LYONS CRAWFORD**