IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **BROTHER CONVENIENCE STORE, INC., HERSHAM A. GHALEB AND MAHED A. GHALEB**<br><br>**PLAINTIFFS**<br><br>V.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; C/O SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture<br><br>**DEFENDANT** | Civil Case No.: 1:20-cv-01346 |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGEMENT

HAVING READ AND CONSIDERED parties consent motion for an extension of time to respond to Defendants Motion to Dismiss or In The Alternative for Summary Judgment, and for good cause shown, it is, this 3rd day of February, 2021, hereby:

ORDERED, that the Motion (ECF No. 15) is GRANTED, and it is further

ORDERED, that Plaintiffs shall respond to the Defendant's motion by February 22, 2021.

_____/s/_____
George Levi Russell, III
United States District Judge